# EXHIBIT E

Ben Khoshanoff
Royal Star Inc.

-----Original Message-----
From: Square Compliance <square@help-messaging.squareup.com>
To: royalstardiamond@aol.com <royalstardiamond@aol.com>
Sent: Thu, Dec 15, 2022 11:46 am
Subject: Message from Square Support

Dear Customer,

The amount of $626,367.18 has been blocked because your customer used a credit or debit card issued by a Russian bank that is on the Specially Designated Nationals and Blocked Persons List ("SDN List") administered by the Office of Foreign Assets Control ("OFAC") of the United States Department of the Treasury.

OFAC administers and enforces economic and trade sanctions based on United States foreign policy and national security goals against targeted foreign countries and regimes, terrorists, international narcotics traffickers, those engaged in activities related to the proliferation of weapons of mass destruction, and other threats to the national security, foreign policy or economy of the United States.

Information regarding OFAC and filing an application for the release of blocked funds can be found at: https://home.treasury.gov/policy-issues/financial-sanctions/ofac-license-application-page

All the best,
Sanctions Operations
Square Compliance

ref:_00DE0Y7ru._5004W2DkNHk:ref