# EXHIBIT C



---------- Forwarded message ---------
From: **Andres Rodriguez** <andres.rodriguez.mc@gmail.com>
Date: Mon, Mar 7, 2022 at 1:40 PM
Subject: Fwd: You received a new invoice (#Payment #3)
To: Maria Zurabova <maria.zurabova@gmail.com>


Sent from my iPhone

Begin forwarded message:

> From: "Royal star inc." <messenger@messaging.squareup.com>
> Date: March 7, 2022 at 1:38:58 PM GMT-5
> To: andres.rodriguez.mc@gmail.com
> **Subject: You received a new invoice (#Payment #3)**
> Reply-To: "messenger@messaging.squareup.com"
> <CAESQhIoMzQxXzc2MTBlNjAxLWU3ZjUtNDlmMC1hYzZjLTFkZTI1NDBmZjczNxoLYzoyMjEzODAyNDIiCW
> 1lc3NlbmdlcilgETnHrah8fpeEdNKaQ2+GQAJWDpobblaZL5KZ0VDx5o4=@reply2.squareup.com>



New Invoice

---

# $10,000.00

Due on March 7, 2022

**Pay Invoice**

**Round Brilliant**

Invoice #Payment #3

March 7, 2022

**Customer**

Andres Rodriguez

andres.rodriguez.mc@gmail.com

305-904-1983

**Message**

Thank You for Your Business

### Invoice summary

| | |
|---|---|
| **5.03 Carat Round Brilliant GIA Certified Natural Diamond** | **$10,000.00** |
| Subtotal | $10,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |
| **Total Due** | **$10,000.00** |

**Royal star inc.5e9dae8644c4**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.com4d1218663784

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security6bddf5bee4ae

9d62152612b6



-------- Пересылаемое сообщение --------
09.03.2022, 14:57, "Royal star inc." <messenger@messaging.squareup.com>:



**Royal star inc.**

New Invoice

# $25,000.00

Due on March 9, 2022



**Pay Invoice**

---

**13.37 Carat GIA Certified Natural Diamond Payment #7**
Invoice #Georgii_Zurabov7
March 9, 2022

**Customer**
Georgii Zurabov

1

director@swos.ru
305-458-7758

---

**Message**

Thank You for your Business

---

**Invoice summary**

| | |
|---|---|
| **13.37 Carat GIA Certified Natural Diamond Investment Grade** | **$25,000.00** |

| | |
|---|---|
| Subtotal | $25,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

| | |
|---|---|
| **Total Due** | **$25,000.00** |

---

**Royal star inc.61caaa20665b**
36 west 47th street
204, new york, NY 10036 United States



royalstardiamond@aol.com7eabdc692688

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security5a3337241423

df559487b837

-------- Конец пересылаемого сообщения --------



-------- Пересылаемое сообщение --------
09.03.2022, 14:59, "Royal star inc." <messenger@messaging.squareup.com>:



Royal star inc.

New Invoice

# $25,000.00

Due on March 9, 2022

**Pay Invoice**

**13.37 Carat GIA Certified Natural Diamond Payment #8**
Invoice #Georgii_Zurabov_8
March 9, 2022

**Customer**
Georgii Zurabov

director@swos.ru
305-458-7758

---

**Message**

Thank You for your Business.

**Invoice summary**

| | |
|---|---|
| **13.37 Carat GIA Certified Natural Diamond Investment Grade** | **$25,000.00** |

| | |
|---|---|
| Subtotal | $25,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

| | |
|---|---|
| **Total Due** | **$25,000.00** |

**Royal star inc.c7e6122417bd**
36 west 47th street
204, new york, NY 10036 United States

2



royalstardiamond@aol.comd647bc9dcfbb

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security84dabb2ab908

8a4b0c00392b

-------- Конец пересылаемого сообщения --------



-------- Пересылаемое сообщение --------
09.03.2022, 09:23, "Royal star inc." <messenger@messaging.squareup.com>:



**Royal star inc.**

New Invoice

# $22,500.00

Due on March 9, 2022



**Pay Invoice**

**13.37 Carat GIA Certified Natural Diamond Payment #6**
Invoice #Georgii_Zurabov_6
March 9, 2022

**Customer**
Georgii Zurabov

1

director@swos.ru
305-458-7758

Message

Thank You for your Business

## Invoice summary

| | |
|---|---:|
| **13.37 Carat GIA Certified Natural Diamond Investment Grade** | **$22,500.00** |
| Subtotal | $22,500.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |
| **Total Due** | **$22,500.00** |

**Royal star inc.9929f82f483c**
36 west 47th street
204, new york, NY 10036 United States



royalstardiamond@aol.comab87cfcf7e75

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security6fb369c3400f

 f1c678204bff

-------- Конец пересылаемого сообщения --------



-------- Пересылаемое сообщение --------
09.03.2022, 09:22, "Royal star inc." <messenger@messaging.squareup.com>:



### Royal star inc.

New Invoice

# $22,500.00

Due on March 9, 2022

**Pay Invoice**

**13.37 Carat GIA Certified Natural Diamond Payment #5**
Invoice #Georgii_Zurabov_5
March 9, 2022

**Customer**
Georgii Zurabov

1

director@swos.ru
305-458-7758

---

**Message**

Thank You for your Business

**Invoice summary**

| | |
|---|---|
| **13.37 Carat GIA Certified Natural Diamond Investment Grade** | **$22,500.00** |

| | |
|---|---|
| Subtotal | $22,500.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

| | |
|---|---|
| **Total Due** | **$22,500.00** |

**Royal star inc.dbfe21355e45**
36 west 47th street
204, new york, NY 10036 United States



royalstardiamond@aol.comd777a2bc3caa

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security24c4c9d57d14

c1e085f6c590

-------- Конец пересылаемого сообщения --------



-------- Пересылаемое сообщение --------
09.03.2022, 09:19, "Royal star inc." <messenger@messaging.squareup.com>:



**Royal star inc.**

New Invoice

# $22,500.00

Due on March 9, 2022

**Pay Invoice**

**13.37 Carat GIA Certified Natural Diamond Payment 4**
Invoice #Georgii_Zurabov_4
March 9, 2022

**Customer**
Georgii Zurabov

1

director@swos.ru
305-458-7758

---

**Message**

Thank You for your Business

**Invoice summary**

| | |
|---|---|
| **13.37 Carat GIA Certified Natural Diamond Investment Grade** | **$22,500.00** |

| | |
|---|---|
| Subtotal | $22,500.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

| | |
|---|---|
| **Total Due** | **$22,500.00** |

**Royal star inc.d67e1df3afbe**
36 west 47th street
204, new york, NY 10036 United States

2



royalstardiamond@aol.com13be86fc6a5f

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security3089c8d761d3

369f0eb1221b

-------- Конец пересылаемого сообщения --------



-------- Пересылаемое сообщение --------
09.03.2022, 09:18, "Royal star inc." <messenger@messaging.squareup.com>:



**Royal star inc.**

New Invoice

# $22,500.00

Due on March 9, 2022

**Pay Invoice**

**13.37 Carat GIA Certified Natural Diamond Payment 3**
Invoice #Georgii_Zurabov
March 9, 2022

**Customer**
Georgii Zurabov

director@swos.ru
305-458-7758

---

**Message**

Thank You for your Business

**Invoice summary**

| | |
|---|---|
| **13.37 Carat GIA Certified Natural Diamond Investment Grade** | **$22,500.00** |

| | |
|---|---|
| Subtotal | $22,500.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

| | |
|---|---|
| **Total Due** | **$22,500.00** |

**Royal star inc.a8d9698c87ec**
36 west 47th street
204, new york, NY 10036 United States



royalstardiamond@aol.com674bd8a3bd92

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security96650ed9620c

 cf1ecb32765b

-------- Конец пересылаемого сообщения --------



-------- Пересылаемое сообщение --------
08.03.2022, 14:30, "Royal star inc." <messenger@messaging.squareup.com>:



**Royal star inc.**

New Invoice

# $24,498.00

Due on March 8, 2022



**Pay Invoice**

**Invoice #Cushion Eng Ring**
March 8, 2022

**Customer**
Alexander Zurabov

1

Medpred@swos.ru
+573102901122

---

**Message**

Thank You for Your Business

## Invoice summary

| | |
|---|---|
| **1.50 Carat GIA Certified Natural Cushion Cut Diamond 14 Karat White Gold Solitaire Ring** | **$24,498.00** |

| | |
|---|---|
| Subtotal | $24,498.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

| | |
|---|---|
| **Total Due** | **$24,498.00** |

**Royal star inc.36b95e9cad43**
36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.com304603ab5006

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security3bcaef853f66

86a310448f0b

-------- Конец пересылаемого сообщения --------


--
С уважением, медицинский представитель
Швейцарского ортопедического салона
Соловьева Екатерина

www.swos.ru
medpred@swos.ru



-------- Пересылаемое сообщение --------
09.03.2022, 06:52, "Royal star inc." <messenger@messaging.squareup.com>:



Royal star inc.

New Invoice

# $25,000.00

Due on March 9, 2022

**Pay Invoice**



**3 Carat Natural GIA Certified Diamond**
Invoice #Alexander_Zurabov_S1
March 9, 2022

**Customer**
Alexander Zurabov

Medpred@swos.ru
+573102901122

---

**Message**

Thank You For Your Business!

**Invoice summary**

| 3.01 Carat GIA Certified Stud 1 | $25,000.00 |
|---|---|

| Subtotal | $25,000.00 |
|---|---|
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

| **Total Due** | **$25,000.00** |
|---|---|

**Royal star inc.2724438a5abf**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.coma7021d79dc94



917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security84b732472f8c

7726dff02252

-------- Конец пересылаемого сообщения --------


--
С уважением, медицинский представитель
Швейцарского ортопедического салона
Соловьева Екатерина

www.swos.ru
medpred@swos.ru



-------- Пересылаемое сообщение --------
08.03.2022, 23:43, "Royal star inc." <messenger@messaging.squareup.com>:



Royal star inc.

New Invoice

# $49,205.00

Due on March 8, 2022



**Radiant Diamond Pendant**
Invoice #000025
March 8, 2022

**Customer**
Georgii Zurabov

1

director@swos.ru
305-458-7758

---

**Message**

Thank You for Your Business

**Invoice summary**

| | |
|---|---|
| 3.01 GIA Certified Natural Diamond Pendant in 14 Karat White Gold | $49,205.00 |

| | |
|---|---|
| Subtotal | $49,205.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

| | |
|---|---|
| **Total Due** | **$49,205.00** |

**Royal star inc.a80adda97a76**
36 west 47th street
204, new york, NY 10036 United States

2



royalstardiamond@aol.comb0c2511fa048

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security86fb9d2091a3

 add56598a488

-------- Конец пересылаемого сообщения --------



---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Wed, Mar 9, 2022 at 12:22 AM
Subject: You received a new invoice (#2.39 Carat)
To: <maria.zurabova@gmail.com>



Royal star inc.

New Invoice

# $38,245.00

Due on March 8, 2022



**Pay Invoice**

---

**Maria_Zurabova_RBR**
Invoice #2.39 Carat
March 8, 2022

1

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

---

**Message**

Thank You for Your Business!

**Invoice summary**

| | |
|---|---|
| **2.39 Carat Natural GIA Certified Round Brilliant Diamond Rose Gold Ring** | **$38,245.00** |

| | |
|---|---|
| Subtotal | $38,245.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

**Total Due**      **$38,245.00**

**Royal star inc.96404a178100**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.comf880e1a7cad8

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security2031f5deecfd

4916d73ceac8



---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Tue, Mar 8, 2022 at 1:44 AM
Subject: You received a new invoice (#Emerald Band)
To: <maria.zurabova@gmail.com>



New Invoice

# $24,900.00

Due on March 7, 2022

**Pay Invoice**



**Diamond Eternity Band**
Invoice #Emerald Band
March 7, 2022

1

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

**Message**

Thank You for your business

## Invoice summary

| | |
|---|---|
| **6.85 Emerald Cut Diamond Eternity Band Size 6 Platinum** | **$24,900.00** |

| | |
|---|---|
| Subtotal | $24,900.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

| | |
|---|---|
| **Total Due** | **$24,900.00** |

**Royal star inc.b69a42e1a34f**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.com6cd86e673f94

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security4b6c41429241

4d45a38e5b5b



---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Tue, Mar 8, 2022 at 7:13 PM
Subject: You received a new invoice (#Loose GIA Diamond)
To: <maria.zurabova@gmail.com>



New Invoice

# $28,375.00

Due on March 8, 2022



**Pay Invoice**

---

**Gia Certified Cushion Cut Natural Diamond 2.01 Carat**
Invoice #Loose GIA Diamond
March 8, 2022

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

---

**Message**

Thank You for your business

---

### Invoice summary

| | |
|---|---|
| **GIA Certified Cushion Cut Natural 2.01 Carat Diamond** | **$28,375.00** |

---

| | |
|---|---|
| Subtotal | $28,375.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

---

| | |
|---|---|
| **Total Due** | **$28,375.00** |

---

**Royal star inc.b256d70fce9f**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.comd0d5a915e36c

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Securityecfd25b62018

 685cce638826



---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Tue, Mar 8, 2022 at 11:38 PM
Subject: You received a new invoice (#Maria_Zurabova_Cu)
To: <maria.zurabova@gmail.com>



New Invoice

# $24,760.00

Due on March 8, 2022



**2.01 GIA Cushion Natural Diamond**
Invoice #Maria_Zurabova_Cu
March 8, 2022

1

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

### Invoice summary

| | |
|---|---|
| 2.01 GIA Cushion Modified Brilliant Natural Diamond in Platinum with French Cut Pave | $24,760.00 |
| Subtotal | $24,760.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |
| **Total Due** | **$24,760.00** |

**Royal star inc.ed4831259950**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.com61724a87f851

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Securitye137b630f556

ef3d5df33b1d





---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Tue, Mar 8, 2022 at 11:25 PM
Subject: You received a new invoice (#Maria_Zurabova_Cush)
To: <maria.zurabova@gmail.com>



New Invoice

---

# $49,750.00

Due on March 8, 2022



**Cushion Cut 2.51 Carat**
Invoice #Maria_Zurabova_Cush
March 8, 2022

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

**Message**

Thank You for Your Business

**Invoice summary**

| | |
|---|---|
| 2.51 Carat GIA Certified Natural Diamond with 2.75 carats micropave French Cut Diamond Shank in 18 Kt Rose Gold | $49,750.00 |
| Subtotal | $49,750.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |
| **Total Due** | **$49,750.00** |

**Royal star inc.b451ea7b0b1d**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.com44866b601512

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Securitybb451a51d984

2e7a232ec933



---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Tue, Mar 8, 2022 at 11:42 PM
Subject: You received a new invoice (#Maria_Zurabova_D)
To: <maria.zurabova@gmail.com>



Royal star inc.

New Invoice

# $25,100.00

Due on March 8, 2022

Pay Invoice

---

**D Color Cushion Natural Diamond**
Invoice #Maria_Zurabova_D
March 8, 2022

1

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

**Message**

Thank You for your business

### Invoice summary

| | |
|---|---:|
| 2.01 Carat GIA Certified D Color VS1 Natural Diamond in Platinum Necklace | $25,100.00 |
| Subtotal | $25,100.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |
| **Total Due** | **$25,100.00** |

**Royal star inc.ef9dddb0a9ae**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.comc9feea9ee27b

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Securityb7551a5a91f6

95b010ab9c7d



---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Tue, Mar 8, 2022 at 10:52 PM
Subject: You received a new invoice (#Maria_Zurabova_Eng)
To: <maria.zurabova@gmail.com>



New Invoice

---

# $49,550.00

Due on March 8, 2022

**Pay Invoice**

---

**2.91 Carat Yellow_Gold_Pave_Cocktail_Ring**
Invoice #Maria_Zurabova_Eng
March 8, 2022

1

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

---

**Message**

Thank You for your business

**Invoice summary**

| | |
|---|---|
| 2.91 Carat GIA Natural Diamond inside 14 Karat Rose Gold with 3.50 Carats in Pave VVS Diamonds | $49,550.00 |

| | |
|---|---|
| Subtotal | $49,550.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

| | |
|---|---|
| **Total Due** | **$49,550.00** |

**Royal star inc.b06c0a3aa93b**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.com1e67c280f5d6

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Securityc9d8b4028df0

280178cc526c



---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Tue, Mar 8, 2022 at 1:26 AM
Subject: You received a new invoice (#Martini Studs 3Prong)
To: <maria.zurabova@gmail.com>



New Invoice

---

# $40,250.00

Due on March 7, 2022

**Pay Invoice**

---

**Diamond Stud Earrings**
Invoice #Martini Studs 3Prong
March 7, 2022

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

**Message**

Thank you for your business

### Invoice summary

| | |
|---|---|
| 4.00 carat gia certified diamond studs G SI1 | $40,250.00 |

| | |
|---|---|
| Subtotal | $40,250.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

| | |
|---|---|
| **Total Due** | **$40,250.00** |

**Royal star inc.8df40ce01cd0**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.com7e4f48f6f0d7

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security2a51ef066788

356b0c29163a



---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Mon, Mar 7, 2022 at 6:37 PM
Subject: You received a new invoice (#Payment 1)
To: <maria.zurabova@gmail.com>



**Royal star inc.**

New Invoice

# $10,000.00

Due on March 7, 2022



**Pay Invoice**

---

**4 Carat Radiant**
Invoice #Payment 1
March 7, 2022

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

---

**Message**

Thank You for your business

**Invoice summary**

| | |
|---|---|
| **GIA Certified 4.03 Carat Radiant Payment 1** | **$10,000.00** |

---

| | |
|---|---|
| Subtotal | $10,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

---

| | |
|---|---|
| **Total Due** | **$10,000.00** |

Royal star inc.32c360f8bcf7

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.coma4e599a2f781

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Securitye6a0075f6ab4

de8a2810a44c



2



---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Mon, Mar 7, 2022 at 7:11 PM
Subject: You received a new invoice (#Payment 2)
To: <maria.zurabova@gmail.com>



**Royal star inc.**

New Invoice

# $10,000.00

Due on March 7, 2022



**Pay Invoice**

**4 Carat Radiant**
Invoice #Payment 2
March 7, 2022

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

---

**Message**

Thank You for your business

### Invoice summary

| | |
|---|---|
| **GIA Certified 4.03 Carat Radiant Payment 1** | **$10,000.00** |
| Subtotal | $10,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |
| **Total Due** | **$10,000.00** |

**Royal star inc.13b1b7867418**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.comba49de657df1

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Securityc847807a011c

c234dbd9d106



---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Mon, Mar 7, 2022 at 7:22 PM
Subject: You received a new invoice (#Payment 3)
To: <maria.zurabova@gmail.com>



New Invoice

# $10,000.00

Due on March 7, 2022

**Pay Invoice**

**4 Carat Radiant**
Invoice #Payment 3
March 7, 2022

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

**Message**

Thank You for your business

**Invoice summary**

**GIA Certified 4.03 Carat Radiant Payment 1**   **$10,000.00**

| | |
|---|---|
| Subtotal | $10,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

**Total Due**   **$10,000.00**

**Royal star inc.de9438dfae6c**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.com68346f665100

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Securityd473d0f0c6a2

42fb9308f0a3





---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Mon, Mar 7, 2022 at 7:26 PM
Subject: You received a new invoice (#Payment 4)
To: <maria.zurabova@gmail.com>



New Invoice

---

# $10,000.00

Due on March 7, 2022

**Pay Invoice**

---

**4 Carat Radiant**
Invoice #Payment 4
March 7, 2022

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

---

**Message**

Thank You for your business

**Invoice summary**

| | |
|---|---|
| **GIA Certified 4.03 Carat Radiant Payment 1** | **$10,000.00** |

| | |
|---|---|
| Subtotal | $10,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

| | |
|---|---|
| **Total Due** | **$10,000.00** |

**Royal star inc.3d49f16644d0**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.comc6c7f497df8b

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Security9a2ed548a7be

4cd28f779398



---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Mon, Mar 7, 2022 at 7:28 PM
Subject: You received a new invoice (#Payment 5)
To: <maria.zurabova@gmail.com>



New Invoice

# $10,000.00

Due on March 7, 2022



**4 Carat Radiant**
Invoice #Payment 5
March 7, 2022

1

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

**Message**

Thank You for your business

### Invoice summary

| GIA Certified 4.03 Carat Radiant Payment 1 | $10,000.00 |
|---|---|
| Subtotal | $10,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |
| **Total Due** | **$10,000.00** |

**Royal star inc.49ac242af1fe**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.com9d768a234e2a

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Securitye8a527fee13d

81128b7ea527





---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Tue, Mar 8, 2022 at 7:53 PM
Subject: You received a new invoice (#Pendant)
To: <maria.zurabova@gmail.com>



Royal star inc.

New Invoice

# $21,450.00

Due on March 8, 2022

**Pay Invoice**



**Natural Paraiba Tourmaline**
Invoice #Pendant
March 8, 2022

1

**Customer**

Maria Zurabova

Maria.Zurabova@gmail.com

305-458-7758

**Message**

Thank You for your business!

**Invoice summary**

| | |
|---|---|
| **11.15 Carat Paraiba Tourmaline Oval Shape GIA Certified** | **$21,450.00** |
| Subtotal | $21,450.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |
| **Total Due** | **$21,450.00** |

**Royal star inc.9b1ce9fe083c**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.combe8cb37eef37

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Securityd4aeb8aef400

cb9255a7ea8f