# EXHIBIT D



**Royal star inc.**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Alexander_Zurabov_S1

Issue date
Mar 9, 2022

# 3 Carat Natural GIA Certified Diamond

**Ship To:** alexander zurabov
99 club players villa ponte vedra, florida 32082 United States

Thank You For Your Business!

| Customer | Invoice Details | Payment |
|---|---|---|
| Alexander Zurabov | PDF created November 29, 2022 | Due March 9, 2022 |
| Medpred@swos.ru | $25,000.00 | $25,000.00 |
| +573102901122 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 3.01 Carat GIA Certified Stud 1 | 1 | $25,000.00 | $25,000.00 |
| Subtotal | | | $25,000.00 |
| Included Tax ($0.00) | | | |
| Out of NY State Sales Transaction | | | $0.00 |

## Total Paid                    $25,000.00

**Payments**
Mar 9, 2022 (Visa 6567)                                                    $25,000.00



**View online**

**To view your invoice go to https://gosq.me/u/TRvScqax**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.

Page 1 of 1



Royal star inc.
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #000025

Issue date
Mar 8, 2022

# Radiant Diamond Pendant

**Ship To:** georgii zurabov
99 players club villa ponte vedra beach, florida 32082 United States

Thank You for Your Business

| Customer | Invoice Details | Payment |
|---|---|---|
| Georgii Zurabov<br>director@swos.ru<br>305-458-7758 | PDF created November 29, 2022<br>$49,205.00 | Due March 8, 2022<br>$49,205.00 |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 3.01 GIA Certified Natural Diamond Pendant in 14 Karat White Gold | 1 | $49,205.00 | $49,205.00 |
| Subtotal | | | $49,205.00 |
| Included Tax ($0.00) | | | |
| Out of NY State Sales Transaction | | | $0.00 |

## Total Paid                                           $49,205.00

**Payments**
Mar 8, 2022 (Visa 2958)                                 $49,205.00



**View online**

**To view your invoice go to https://gosq.me/u/UG1cK5Zz**
Or open your camera on your mobile device, and place the code on the left within the camera's view.



Royal star inc.
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Pendant

Issue date
Mar 8, 2022

# Natural Paraiba Tourmaline

**Ship To:** maria zurabova
99 players club villa ponte vedra beach, florida 32082 United States

Thank You for your business!

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 8, 2022 |
| Maria.Zurabova@gmail.com | $21,450.00 | $21,450.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 11.15 Carat Paraiba Tourmaline Oval Shape GIA Certified | 1 | $21,450.00 | $21,450.00 |

| | |
|---|---|
| Subtotal | $21,450.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

## Total Paid $21,450.00

**Payments**
Mar 8, 2022 (Visa 6187)                                                                $21,450.00



**View online**

**To view your invoice go to https://gosq.me/u/MM77POgp**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.

Page 1 of 1



**Royal star inc.**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Payment 5

**Issue date**
Mar 7, 2022

# 4 Carat Radiant

**Ship To:** georgii zurabov
ostryakova 6-96 moscow florida 125057 Russia

Thank You for your business

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 7, 2022 |
| Maria.Zurabova@gmail.com | $10,000.00 | $10,000.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| GIA Certified 4.03 Carat Radiant Payment 1 | 1 | $10,000.00 | $10,000.00 |

| | |
|---|---|
| Subtotal | $10,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

## Total Paid                          $10,000.00

**Payments**
Mar 7, 2022 (Visa 2958)                          $10,000.00



**View online**

**To view your invoice go to https://gosq.me/u/AHB0MAv4**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.



**Royal star inc.**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Payment 4

**Issue date**
Mar 7, 2022

# 4 Carat Radiant

**Ship To:** georgii zurabov
ostryakova 6-96 moscow florida 125057 Russia

Thank You for your business

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 7, 2022 |
| Maria.Zurabova@gmail.com | $10,000.00 | $10,000.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| GIA Certified 4.03 Carat Radiant Payment 1 | 1 | $10,000.00 | $10,000.00 |

| | |
|---|---|
| Subtotal | $10,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

## Total Paid                                        $10,000.00

**Payments**
Mar 7, 2022 (Visa 2958)                                        $10,000.00



**View online**

**To view your invoice go to https://gosq.me/u/utN3NWXr**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.



**Royal star inc.**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Payment 3

**Issue date**
Mar 7, 2022

# 4 Carat Radiant

Thank You for your business

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 7, 2022 |
| Maria.Zurabova@gmail.com | $10,000.00 | $10,000.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| GIA Certified 4.03 Carat Radiant Payment 1 | 1 | $10,000.00 | $10,000.00 |

| | |
|---|---|
| Subtotal | $10,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

## Total Paid $10,000.00

**Payments**
Mar 7, 2022 (Visa 2958)                                                      $10,000.00



**View online**

**To view your invoice go to https://gosq.me/u/vRxQLriY**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.



**Royal star inc.**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Payment 2

**Issue date**
Mar 7, 2022

# 4 Carat Radiant

**Ship To:** georgii zurabov
ostryakova 6-96 moscow, florida 125057 United States

Thank You for your business

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 7, 2022 |
| Maria.Zurabova@gmail.com | $10,000.00 | $10,000.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| GIA Certified 4.03 Carat Radiant Payment 1 | 1 | $10,000.00 | $10,000.00 |
| Subtotal | | | $10,000.00 |
| Included Tax ($0.00) | | | |
| Out of NY State Sales Transaction | | | $0.00 |

## Total Paid                           $10,000.00

**Payments**
Mar 7, 2022 (Visa 2958)                                                    $10,000.00



**View online**

**To view your invoice go to https://gosq.me/u/UCW6vpOn**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.

Page 1 of 1



**Royal star inc.**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Payment 1

**Issue date**
Mar 7, 2022

# 4 Carat Radiant

**Ship To:** georgii zurabov
ostryakova 6-96 moscow florida 125057 Russia

Thank You for your business

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 7, 2022 |
| Maria.Zurabova@gmail.com | $10,000.00 | $10,000.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| GIA Certified 4.03 Carat Radiant Payment 1 | 1 | $10,000.00 | $10,000.00 |

| | |
|---|---|
| Subtotal | $10,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

## Total Paid                                           $10,000.00

**Payments**
Mar 7, 2022 (Visa 2958)                                         $10,000.00



**View online**

**To view your invoice go to https://gosq.me/u/5kf8hWxp**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.

Page 1 of 1



Royal star inc.
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Martini Studs 3Prong

Issue date
Mar 7, 2022

# Diamond Stud Earrings

**Ship To:** maria zurabova
ostryakova 6-96 moscow florida 125057 Russia

Thank you for your business

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 7, 2022 |
| Maria.Zurabova@gmail.com | $40,250.00 | $40,250.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 4.00 carat gia certified diamond studs G SI1 | 1 | $40,250.00 | $40,250.00 |
| Subtotal | | | $40,250.00 |
| Included Tax ($0.00) | | | |
| Out of NY State Sales Transaction | | | $0.00 |

## Total Paid                                $40,250.00

**Payments**
Mar 7, 2022 (Visa 0579)                                $40,250.00



**View online**

**To view your invoice go to https://gosq.me/u/zmEHVmyh**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.



**Royal star inc.**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Maria_Zurabova_Eng

Issue date
Mar 8, 2022

# 2.91 Carat Yellow_Gold_Pave_Cocktail_Ring

**Ship To:** zurabova maria
99 players club villa ponte vedra beach, florida 32082 United States

Thank You for your business

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 8, 2022 |
| Maria.Zurabova@gmail.com | $49,550.00 | $49,550.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 2.91 Carat GIA Natural Diamond inside 14 Karat Rose Gold with 3.50 Carats in Pave VVS Diamonds | 1 | $49,550.00 | $49,550.00 |
| Subtotal | | | $49,550.00 |
| Included Tax ($0.00) | | | |
| Out of NY State Sales Transaction | | | $0.00 |

## Total Paid $49,550.00

**Payments**
Mar 8, 2022 (Visa 0579)                                      $49,550.00



**View online**

**To view your invoice go to https://gosq.me/u/TaknkJna**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.

Page 1 of 1



**Royal star inc.**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Maria_Zurabova_D

**Issue date**
Mar 8, 2022

# D Color Cushion Natural Diamond

**Ship To:** maria zurabova
99 players club villa ponte vedra beach, florida 32082 United States

Thank You for your business

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 8, 2022 |
| Maria.Zurabova@gmail.com | $25,100.00 | $25,100.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 2.01 Carat GIA Certified D Color VS1 Natural Diamond in Platinum Necklace | 1 | $25,100.00 | $25,100.00 |

| | | |
|---|---|---|
| Subtotal | | $25,100.00 |
| Included Tax ($0.00) | | |
| Out of NY State Sales Transaction | | $0.00 |

## Total Paid                                    $25,100.00

**Payments**
Mar 8, 2022 (Visa 5387)                                    $25,100.00



**View online**

**To view your invoice go to https://gosq.me/u/3cSmK01G**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.

**Royal star inc.**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Maria_Zurabova_Cush

Issue date
Mar 8, 2022

# Cushion Cut 2.51 Carat

**Ship To:** Maria Zurabova
99 players club villa Ponte vedra , Fl 32082 United States

Thank You for Your Business

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 8, 2022 |
| Maria.Zurabova@gmail.com | $49,750.00 | $49,750.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 2.51 Carat GIA Certified Natural Diamond with 2.75 carats micropave French Cut Diamond Shank in 18 Kt Rose Gold | 1 | $49,750.00 | $49,750.00 |

| | |
|---|---|
| Subtotal | $49,750.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

## Total Paid $49,750.00

**Payments**
Mar 8, 2022 (Visa 6166)                                                                $49,750.00



**View online**

**To view your invoice go to https://gosq.me/u/KYCEWzjq**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.



Royal star inc.
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Maria_Zurabova_Cu

Issue date
Mar 8, 2022

# 2.01 GIA Cushion Natural Diamond

**Ship To:** maria zurabova
99 players club villa ponte vedra beach, florida 32082 United States

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 8, 2022 |
| Maria.Zurabova@gmail.com | $24,760.00 | $24,760.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 2.01 GIA Cushion Modified Brilliant Natural Diamond in Platinum with French Cut Pave | 1 | $24,760.00 | $24,760.00 |

| | Amount |
|---|---|
| Subtotal | $24,760.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

## Total Paid                                                        $24,760.00

**Payments**

| | |
|---|---|
| Mar 8, 2022 (Visa 5387) | $24,760.00 |



**View online**

**To view your invoice go to https://gosq.me/u/RT9m9BFv**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.



**Royal star inc.**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Loose GIA Diamond

**Issue date**
Mar 8, 2022

# Gia Certified Cushion Cut Natural Diamond 2.01 Carat

**Ship To:** maria zurabova
99 players club villa ponde vedra beach, florida 32082 United States

Thank You for your business

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 8, 2022 |
| Maria.Zurabova@gmail.com | $28,375.00 | $28,375.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| GIA Certified Cushion Cut Natural 2.01 Carat Diamond | 1 | $28,375.00 | $28,375.00 |
| Subtotal | | | $28,375.00 |
| Included Tax ($0.00) | | | |
| Out of NY State Sales Transaction | | | $0.00 |

## Total Paid                                               $28,375.00

**Payments**
Mar 8, 2022 (Visa 6187)                                          $28,375.00



**View online**

**To view your invoice go to https://gosq.me/u/5mppvko7**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.

Page 1 of 1



Royal star inc.
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Emerald Band

Issue date
Mar 7, 2022

# Diamond Eternity Band

**Ship To:** maria zurabova
ostryakova 6-96 moscow florida 125057 Russia

Thank You for your business

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 7, 2022 |
| Maria.Zurabova@gmail.com | $24,900.00 | $24,900.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 6.85 Emerald Cut Diamond Eternity Band Size 6 Platinum | 1 | $24,900.00 | $24,900.00 |
| Subtotal | | | $24,900.00 |
| Included Tax ($0.00) | | | |
| Out of NY State Sales Transaction | | | $0.00 |

## Total Paid $24,900.00

**Payments**
Mar 7, 2022 (Visa 6187) $24,900.00



**View online**

**To view your invoice go to https://gosq.me/u/PapiApaU**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.



Royal star inc.
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #2.39 Carat

**Issue date**
Mar 8, 2022

# Maria_Zurabova_RBR

**Ship To:** maria zurabova
99 players club villa ponte vedra, fl 32082 United States

Thank You for Your Business!

| Customer | Invoice Details | Payment |
|---|---|---|
| Maria Zurabova | PDF created November 29, 2022 | Due March 8, 2022 |
| Maria.Zurabova@gmail.com | $38,245.00 | $38,245.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 2.39 Carat Natural GIA Certified Round Brilliant Diamond Rose Gold Ring | 1 | $38,245.00 | $38,245.00 |

| | |
|---|---|
| Subtotal | $38,245.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

## Total Paid $38,245.00

**Payments**
Mar 8, 2022 (Visa 9514)                                                       $38,245.00



**View online**

**To view your invoice go to https://gosq.me/u/kgB5Hkq6**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.

**Frank Scardino**

---

**To:**           Val Gurvits
**Subject:**      RE: You paid an invoice! (#Elena_Nisenbaum_Eng)

---------- Forwarded message ---------
From: **Royal star inc.** <messenger@messaging.squareup.com>
Date: Tue, 8 Mar 2022 at 23:25
Subject: You paid an invoice! (#Elena_Nisenbaum_Eng)
To: <elena.nisenbaum@gmail.com>



Invoice Paid

# $14,000.00

Paid on March 8, 2022

---

**Ship To**
Elena Nisenbaum
Novinsky Boulevard 8c2, Lotte Hotel, room 1037
Moscow
moscow
121099
Russia

---

**Engagement Ring**

1

Invoice #Elena_Nisenbaum_Eng
March 8, 2022

**Customer**
Elena Nisenbaum
elena.nisenbaum@gmail.com
+573143267681

---

**Message**
Thank you for your business.

**Invoice summary**

| | |
|---|---|
| 1.56 Oval GIA Certified Natural Diamond in 14 Karat White Gold Settiing | $14,000.00 |
| Subtotal | $14,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |
| **Total Paid** | **$14,000.00** |

Visa 7961                                    03/08/22,
                                             3:24 PM

**Send estimates or invoices for your business?**
Process $1,000 in sales free when you sign up for Square.

**Get Started**

**Royal star inc.038a11f53fc2**

36 west 47th street

204, new york, NY 10036 United States

royalstardiamond@aol.com7d5c8c10159d

917-468-1300

© 2022 Block, Inc.

Square Privacy Policy | Securityb4bde90923d3

d6841230cdb9

--
**Best Regards,**
**Elena Nisenbaum**
**+7 926 690 0128**



Royal star inc

# Invoice for Andres Rodriguez

✕

## $10,000.00
TOTAL PAID

AR   **Andres Rodriguez**   ＞

### Recent activity

⦿  **Paid on March 7, 2022**
    $10,000.00 paid in full by Andres Rodriguez

●  Invoice viewed
   March 7

●  Invoice sent to Andres Rodriguez
   March 7

### Payments                     View payment details

VISA   **Visa 0579**              $10,000.00
       Mar 7, 2022

**Round Brilliant**
Invoice #Payment #5

**Invoice date**
March 7, 2022

**Customer**
Andres Rodriguez
andres.rodriguez.mc@gmail.com
305-904-1983

**Ship to**
Maria zurabova
Istryakova 6-96
Moscow

Duplicate          Share          More ⌄

---

rilliant

Brilliant

d Brilliant

nd Brilliant

und Brilliant

Carat Radiant

4 Carat Radiant

4 Carat Radiant

4 Carat Radiant

4 Carat Radiant

4 Carat Radiant

Cushion Tongue and Grooved Stud Earrings

Daniel_Burke_LWBS

Kevin_Cartoski_LWB

Jordan_Band

Mariconz

Q   💬   🔔   ❓   Royal star inc.

✕   **Invoice for Andres Rodriguez**

Brilliant

Brilliant

d Brilliant

nd Brilliant

**$10,000.00**
TOTAL PAID

und Brilliant

AR   **Andres Rodriguez**   ›

Carat Radiant

Carat Radiant

**Recent activity**

4 Carat Radiant

⊙   **Paid on March 7, 2022**
$10,000.00 paid in full by Andres Rodriguez

4 Carat Radiant

●   Invoice viewed
March 7

4 Carat Radiant

●   Invoice sent to Andres Rodriguez
March 7

4 Carat Radiant

**Payments**   View payment details

Cushion Tongue and Grooved Stud Earrings

VISA   **Visa 0579**   $10,000.00
Mar 7, 2022

Daniel_Burke_LWBS

**Round Brilliant**
Invoice #Payment #4

Kevin_Cartoski_LWB

**Invoice date**
March 7, 2022

Jordan_Band

**Customer**
Andres Rodriguez
andres.rodriguez.mc@gmail.com
305-904-1983

**Ship to**
Maria zurabova
Ostryakova 6-96
Moscow

Mariconz

**Duplicate**   **Share**   **More** ⌄

Round Brilliant

Round Brilliant

**Round Brilliant**

4 Carat Radiant

4 Carat Radiant

4 Carat Radiant

4 Carat Radiant

4 Carat Radiant

4 Carat Radiant

Cushion Tongue and Grooved Stud Earrings

Daniel_Burke_LWBS

Kevin_Cartoski_LWB

Jordan_Band

Maricorz

Axelsson Wedding Bands

✕   **Invoice for Andres Rodriguez**

# $10,000.00
TOTAL PAID

Multiple unique payment cards and zip codes were attempted when paying this invoice. This is unusual behavior and we recommend reviewing your relationship with this customer. Learn more in the Best Practices Guide for Square Invoices.

**AR**   **Andres Rodriguez**   >

**Recent activity**      Show more

⦿ **Paid on March 7, 2022**
  $10,000.00 paid in full by Andres Rodriguez

• Invoice viewed
  March 7

• Invoice updated and sent to Andres Rodriguez
  March 7

• Invoice viewed
  March 7

**Payments**      View payment details

| VISA | **Visa 6187**      | $10,000.00 |
|      | Mar 7, 2022        |            |

**Round Brilliant**
Invoice #Payment #1

**Invoice date**

Duplicate      Share      More ⌄





Royal star inc.
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Payment #3

**Issue date**
Mar 7, 2022

# Round Brilliant

**Ship To:** Maria zurabova
Ostryakova 6-96 Moscow Florida 125057 Russia

Thank You for Your Business

| Customer | Invoice Details | Payment |
|---|---|---|
| Andres Rodriguez | PDF created December 12, 2022 | Due March 7, 2022 |
| andres.rodriguez.mc@gmail.com | $10,000.00 | $10,000.00 |
| 305-904-1983 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 5.03 Carat Round Brilliant GIA Certified Natural Diamond | 1 | $10,000.00 | $10,000.00 |
| Subtotal | | | $10,000.00 |
| Included Tax ($0.00) | | | |
| Out of NY State Sales Transaction | | | $0.00 |

## Total Paid                                                          $10,000.00

**Payments**
Mar 7, 2022 (Visa 0579)                                        $10,000.00



**View online**

**To view your invoice go to https://gosq.me/u/enEabwvP**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.



**Royal star inc.**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Georgii_Zurabov7

**Issue date**
Mar 9, 2022

# 13.37 Carat GIA Certified Natural Diamond Payment #7

**Ship To:** georgii zurabov
99 club players villa ponte vedra, florida 32082 United States

Thank You for your Business

| Customer | Invoice Details | Payment |
|---|---|---|
| Georgii Zurabov | PDF created November 29, 2022 | Due March 9, 2022 |
| director@swos.ru | $25,000.00 | $25,000.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 13.37 Carat GIA Certified Natural Diamond Investment Grade | 1 | $25,000.00 | $25,000.00 |

| | Amount |
|---|---|
| Subtotal | $25,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

## Total Paid                    $25,000.00

**Payments**
Mar 9, 2022 (Visa 7327)                                        $25,000.00



**View online**

**To view your invoice go to https://gosq.me/u/HVVaIUyM**
Or open your camera on your mobile device, and place the code on the left within the camera's view.



Royal star inc.
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Georgii_Zurabov_8

**Issue date**
Mar 9, 2022

# 13.37 Carat GIA Certified Natural Diamond Payment #8

**Ship To:** georgii zurabov
99 club players villa ponte vedra, florida 32082 United States

Thank You for your Business.

**Customer**
Georgii Zurabov
director@swos.ru
305-458-7758

**Invoice Details**
PDF created November 29, 2022
$25,000.00

**Payment**
Due March 9, 2022
$25,000.00

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 13.37 Carat GIA Certified Natural Diamond Investment Grade | 1 | $25,000.00 | $25,000.00 |

| | |
|---|---|
| Subtotal | $25,000.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

## Total Paid $25,000.00

**Payments**
Mar 9, 2022 (Visa 7327) $25,000.00



**View online**

**To view your invoice go to https://gosq.me/u/tNZteltf**
Or open your camera on your mobile device, and place the code on the left within the camera's view.



**Royal star inc.**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Georgii_Zurabov_6

**Issue date**
Mar 9, 2022

# 13.37 Carat GIA Certified Natural Diamond Payment #6

**Ship To:** georgii zurabov
99 players club villa ponte vedra, fl 32082 United States

Thank You for your Business

| Customer | Invoice Details | Payment |
|---|---|---|
| Georgii Zurabov | PDF created November 29, 2022 | Due March 9, 2022 |
| director@swos.ru | $22,500.00 | $22,500.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 13.37 Carat GIA Certified Natural Diamond Investment Grade | 1 | $22,500.00 | $22,500.00 |

| | | |
|---|---|---|
| Subtotal | | $22,500.00 |
| Included Tax ($0.00) | | |
| Out of NY State Sales Transaction | | $0.00 |

## Total Paid                                  $22,500.00

**Payments**
Mar 9, 2022 (Visa 9358)                                          $22,500.00



**View online**

**To view your invoice go to https://gosq.me/u/TarjuqLm**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.



Royal star inc.
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Georgii_Zurabov_5

**Issue date**
Mar 9, 2022

# 13.37 Carat GIA Certified Natural Diamond Payment #5

**Ship To:** georgii zurabov
99 players club villa ponte vedra, fl 32082 United States

Thank You for your Business

| Customer | Invoice Details | Payment |
|---|---|---|
| Georgii Zurabov | PDF created November 29, 2022 | Due March 9, 2022 |
| director@swos.ru | $22,500.00 | $22,500.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 13.37 Carat GIA Certified Natural Diamond Investment Grade | 1 | $22,500.00 | $22,500.00 |

| | | |
|---|---|---|
| Subtotal | | $22,500.00 |
| Included Tax ($0.00) | | |
| Out of NY State Sales Transaction | | $0.00 |

## Total Paid                                   $22,500.00

**Payments**
Mar 9, 2022 (Visa 9358)                                              $22,500.00



**View online**

**To view your invoice go to https://gosq.me/u/1IXPOPCI**
Or open your camera on your mobile device, and place the code on the left within the camera's view.

Page 1 of 1



**Royal star inc.**
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Georgii_Zurabov_4

**Issue date**
Mar 9, 2022

# 13.37 Carat GIA Certified Natural Diamond Payment 4

**Ship To:** georgii zurabov
99 players club villa ponte vedra, fl 32082 United States

Thank You for your Business

| Customer | Invoice Details | Payment |
|---|---|---|
| Georgii Zurabov | PDF created November 29, 2022 | Due March 9, 2022 |
| director@swos.ru | $22,500.00 | $22,500.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 13.37 Carat GIA Certified Natural Diamond Investment Grade | 1 | $22,500.00 | $22,500.00 |

| | |
|---|---|
| Subtotal | $22,500.00 |
| Included Tax ($0.00) | |
| Out of NY State Sales Transaction | $0.00 |

## Total Paid $22,500.00

**Payments**
Mar 9, 2022 (Visa 2958)                                                                $22,500.00



**View online**

**To view your invoice go to https://gosq.me/u/BMcGV2ZA**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.



Royal star inc.
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Georgii_Zurabov

**Issue date**
Mar 9, 2022

# 13.37 Carat GIA Certified Natural Diamond Payment 3

**Ship To:** georgii zurabov
99 players club villa ponte vedra, fl 32082 United States

Thank You for your Business

| Customer | Invoice Details | Payment |
|---|---|---|
| Georgii Zurabov | PDF created November 29, 2022 | Due March 9, 2022 |
| director@swos.ru | $22,500.00 | $22,500.00 |
| 305-458-7758 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 13.37 Carat GIA Certified Natural Diamond Investment Grade | 1 | $22,500.00 | $22,500.00 |
| Subtotal | | | $22,500.00 |
| Included Tax ($0.00) | | | |
| Out of NY State Sales Transaction | | | $0.00 |

## Total Paid — $22,500.00

**Payments**
Mar 9, 2022 (Visa 2958)                                                          $22,500.00



**View online**

**To view your invoice go to https://gosq.me/u/dGUhvlWw**
Or open your camera on your mobile device, and place the code on the left within the camera's view.



Royal star inc.
36 west 47th street
204, new york, NY 10036 United States
royalstardiamond@aol.com | 917-468-1300

Invoice #Cushion Eng Ring

**Issue date**
Mar 8, 2022

# Invoice #Cushion Eng Ring

**Ship To:** alexander zurabov
99 players club villa ponte vedra beach, florida 32082 United States

Thank You for Your Business

| Customer | Invoice Details | Payment |
|---|---|---|
| Alexander Zurabov | PDF created November 29, 2022 | Due March 8, 2022 |
| Medpred@swos.ru | $24,498.00 | $24,498.00 |
| +573102901122 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| 1.50 Carat GIA Certified Natural Cushion Cut Diamond 14 Karat White Gold Solitaire Ring | 1 | $24,498.00 | $24,498.00 |

| | | |
|---|---|---|
| Subtotal | | $24,498.00 |
| Included Tax ($0.00) | | |
| Out of NY State Sales Transaction | | $0.00 |

## Total Paid $24,498.00

**Payments**
Mar 8, 2022 (Visa 6567)                                                   $24,498.00



**View online**

**To view your invoice go to https://gosq.me/u/VJhT81zq**
Or open your camera on your mobile device, and place the code on the left within
the camera's view.