# EXHIBIT F



# OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List                           Sanctions List Search: Rules for use                        Visit The OFAC Website

Download the Consolidated Non-SDN List                                                                      Program Code Key

## Details:

| | | | |
|---|---|---|---|
| **Type:** | Entity | **List:** | SDN |
| **Entity Name:** | JOINT STOCK COMPANY ALFA-BANK | **Program:** | RUSSIA-EO14024 |
| | | **Remarks:** | |

## Identifications:

| Type | ID# | Country | Issue Date | Expire Date |
|---|---|---|---|---|
| Registration Number | 1027700067328 | Russia | | |
| Tax ID No. | 7728168971 | Russia | | |
| Executive Order 14024 Directive Information | Subject to Directive 3 - All transactions in, provision of financing for, and other dealings in new debt of longer than 14 days maturity or new equity where such new debt or new equity is issued on or after the 'Effective Date (EO 14024 Directive)' associated with this name are prohibited. | | | |
| BIK (RU) | 044525593 | | | |
| Listing Date (EO 14024 Directive 3): | 24 Feb 2022 | | | |
| Executive Order 14024 Directive Information - | For more information on directives, please visit the following link: https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/russian-harmful-foreign-activities-sanctions#directives | | | |
| Website | alfabank.ru | | | |
| Website | alfabank.com | | | |
| Organization Established Date | 1990 | | | |
| SWIFT/BIC | ALFARUMM | | | |
| Effective Date (EO 14024 Directive 3): | 26 Mar 2022 | | | |
| Target Type | Financial Institution | | | |

## Aliases:

| Type | Category | Name |
|---|---|---|
| a.k.a. | strong | ALFA-BANK |
| a.k.a. | strong | JSC ALFA-BANK |
| a.k.a. | strong | AO ALFA-BANK |
| f.k.a. | strong | OPEN JOINT STOCK COMPANY ALFA-BANK |

## Addresses:

| Address | City | State/Province | Postal Code | Country |
|---|---|---|---|---|
| Kalanchevskaya Street 27 | Moscow | | 107078 | Russia |
| 27, Kalanchyovskaya Ul. | Moscow | | 107078 | Russia |

Back

SDN List last updated on: 12/16/2022 7 04:06 AM
Non-SDN List last updated on: 12/15/2022 7:07:16 AM