# EXHIBIT H



1101 Laurel Oak Road
Suite 100
Voorhees, NJ 08043

April 26, 2023

Valentin Gurvits, Esq.
Boston Law Group, LLP
825 Beacon Street
Suite 20
Newton Centre, MA 02459
Via Email to: vgurvits@bostonlawgroup.com

Kevin Calia, Esq.
Boersch Illovsky LLC
1611 Telegraph Avenue
Suite 806
Oakland, CA 94612
Via Email to: kevin@boersch-illovsky.com

**Case Number: 01-23-0000-7762**

**Maria Zurabova**
**-vs-**
**Block, Inc., Square Capital, LLC, and Square Financial Services, Inc.**

Dear Parties:

This will acknowledge receipt of the parties' correspondence and it has been added to the case file for each. Further to the AAA's letter dated February 27, 2023, the business has failed to submit the previously requested waiver within the time required; accordingly, pursuant to California Code of Civil Procedure Section 1281.97, we have administratively closed our file in this matter.

Any payment submitted by a party will be refunded shortly.

Additionally, and because the business' failure to remit the foregoing constitutes a failure to adhere to our policies regarding consumer claims, we may decline to administer future consumer arbitrations involving Block, Inc., Square Capital, LLC, and Square Financial Services, Inc. The AAA's consumer policies can be found on the AAA's website, www.adr.org. We request that the business remove the AAA name from its consumer arbitration clause so that there is no confusion to the public regarding our decision.

If the business advises the AAA in the future of its intention to comply with the AAA's Consumer Arbitration Rules and if applicable, resolves any outstanding payment obligations, the AAA may consider at its sole discretion, accepting newly filed consumer cases going forward.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

If you have any questions, please email EsterlyParrishS@adr.org.

Sincerely,

*/s/ Sue Anne Esterly-Parrish*
Sue Anne Esterly-Parrish
Case Filing Specialist
Email: EsterlyParrishS@adr.org
Fax: (877)304-8457