United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ZURABOVA,<br><br>   Plaintiff,<br><br>v.<br><br>BLOCK, INC., et al.,<br><br>   Defendants. | Case No.23-cv-00953-JST<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 15 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for August 1, 2023 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due July 25, 2023 by 5:00 P.M.

Dated: May 1, 2023

Mark B. Busby
Clerk of Court, United States District Court

By: _____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR
510-637-3530
