BOERSCH & ILLOVSKY LLP
Kevin Calia (State Bar No. 227406)
kevin@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendants
Block, Inc., Square Capital, LLC, and
Square Financial Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIA ZURABOVA,<br><br>  Plaintiff,<br><br>  v.<br><br>BLOCK, INC., SQUARE CAPITAL, LLC, and SQUARE FINANCIAL SERVICES, INC.,<br><br>  Defendants. | Case No. 23-cv-00953-JST<br><br>**NOTICE OF APPEARANCE OF KEVIN CALIA** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Kevin Calia of Boersch & Illovsky LLP, hereby enters an appearance as counsel on behalf of defendants Block, Inc., Square Capital, LLC, and Square Financial Services, Inc. in this case. It is respectfully requested that copies of all notices, pleadings, orders, or other documents pertaining to the above-captioned matter be sent to counsel at the address below:

> Kevin Calia, Bar No. 227406
> kevin@boersch-illovsky.com
> BOERSCH & ILLOVSKY LLP
> 1611 Telegraph Avenue, Ste. 806
> Oakland, CA 94612
> Telephone: (916) 547-4175
> Facsimile: (415) 967-3062

Dated: May 9, 2023

BOERSCH & ILLOVSKY LLP

  /s/Kevin Calia
KEVIN CALIA

Attorney for Defendants
Block, Inc., Square Capital, LLC, and
Square Financial Services, Inc.