BOERSCH & ILLOVSKY LLP
Kevin Calia (State Bar No. 227406)
kevin@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendants
Block, Inc., Square Capital, LLC, and
Square Financial Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIA ZURABOVA,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC., SQUARE CAPITAL, LLC, and SQUARE FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No. 23-cv-00953-JST<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>[N.D. Cal. L.R. 6-1] |

Pursuant to Federal Rule of Civil Procedure 6 and Civil Local Rule 6-1, Plaintiff Maria Zurabova and Defendants Block, Inc., Square Capital, LLC, Square Financial Services, Inc. ("Defendants") (together, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to an extension of time for Defendants to respond to the First Amended Complaint, as follows:

WHEREAS, on March 3, 2023, Plaintiff filed a Complaint asserting Conversion, Breach of Contract, Promissory Estoppel, Unfair Trade Practices, Unjust Enrichment and related causes of action against all Defendants;

WHEREAS, Plaintiff served all Defendants with process of the Complaint and Summons on April 21, 2023;

1  WHEREAS, on April 28, 2023, Plaintiff agreed to extend Defendants' time to respond to the Complaint by thirty (30) days to June 12, 2023, in order to allow adequate time for Defendants to review the allegations;

WHEREAS, on May 1, 2023, Plaintiff filed a First Amended Complaint ("FAC") adding an additional related cause of action against all Defendants, served via email on May 8, 2023;

WHEREAS, Plaintiff has agreed to extend Defendants' time to respond to the FAC by an additional week on top of the earlier agreed-to extension, to allow adequate time for Defendants to review the new cause of action and allegations in the FAC;

WHEREAS, this change will not alter the date of any event or any deadline already fixed by Court order and no party will be prejudiced by the stipulated-to extension of time;

**NOW, THEREFORE**, the Parties stipulate and request that Defendants have until June 19, 2023 to respond to the FAC.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated:  May 9, 2023    **BOERSCH & ILLOVSKY LLP**

 */s/ Kevin Calia*
KEVIN CALIA
*Attorneys for Defendants*

Dated:  May 9, 2023    **LAW OFFICE OF MATTHEW SHAYEFAR**
**BOSTON LAW GROUP**

*/s/ Valentin Gurvits*
Valentin Gurvits (pro hac vice)
Frank Scardino (pro hac vice)
Matthew Shayefar
*Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 10, 2023

_____
HONORABLE JON S. TIGAR
United States District Judge

### SIGNATURE ATTESTATION

I, Kevin Calia, am the ECF user whose identification and password are being used to file the foregoing Stipulation to Extend Time to Respond to the Complaint. In compliance with Local Rule 5-1(h)(3), I hereby attest that all party signatories hereto concur in this filing's content and have authorized this filing.

Dated: May 9, 2023

**BOERSCH & ILLOVSKY LLP**

  */s/ Kevin Calia*
Kevin Calia