AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| MARIA ZURABOVA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:23-cv-00953-JST |
| BLOCK, INC., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Block, Inc.; Square Capital, LLC and Square Financial Services, Inc.

Date: May 30, 2023

/s/ Lennette W. Lee
*Attorney's signature*

263023
*Printed name and bar number*

King & Spalding LLP
633 W. Fifth Street, Suite 1600
Los Angeles, CA  90071

*Address*

llee@kslaw.com
*E-mail address*

(213) 443-4355
*Telephone number*

(213) 443-4310
*FAX number*