1  Lennette W. Lee, CA Bar No. 263023
   llee@kslaw.com
2  KING & SPALDING LLP
3  633 W. 5th Street, Suite 1600
   Los Angeles, California 90071
4  Tel: (213) 443-4355
5  Fax: (213) 443-4310

6
   Attorneys for Defendants
7  Block, Inc., Square Capital, LLC, and
8  Square Financial Services, Inc.

9

10              **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
11                    **OAKLAND DIVISION**

12

13  MARIA ZURABOVA,                         ) Case No. 4:23-CV-00953-JST
                                            )
14         Plaintiff,                       ) **STIPULATION TO EXTEND**
                                            ) **DEFENDANTS' TIME TO**
15                                          ) **RESPOND TO THE FIRST**
16  vs.                                     ) **AMENDED COMPLAINT;**
                                            ) **[PROPOSED] ORDER**
17  BLOCK, INC.;                            )
    SQUARE CAPITAL, LLC; and                )
18  SQUARE FINANCIAL SERVICES,              ) [N.D. Cal. L.R. 6-1]
19  INC.                                    )
                                            )
20                                          )
           Defendants.                      )
21                                          )
                                            )
22                                          )

23         Pursuant to Federal Rule of Civil Procedure 6 and Civil Local Rule 6-1,

24  Plaintiff Maria Zurabova and Defendants Block, Inc., Square Capital, LLC, Square

25  Financial Services, Inc. ("Defendants") (together, the "Parties"), by and through their

26  undersigned counsel of record, hereby stipulate to an extension of time for

27  Defendants to respond to the First Amended Complaint, as follows:

28

WHEREAS, on March 3, 2023, Plaintiff filed a Complaint asserting Conversion, Breach of Contract, Promissory Estoppel, Unfair Trade Practices, Unjust Enrichment and related causes of action against all Defendants;

WHEREAS, Plaintiff served all Defendants with process of the Complaint and Summons on April 21, 2023;

WHEREAS, on April 28, 2023, Plaintiff agreed to extend Defendants' time to respond to the Complaint by thirty (30) days to June 12, 2023, in order to allow adequate time for Defendants to review the allegations;

WHEREAS, on May 1, 2023, Plaintiff filed a First Amended Complaint ("FAC") adding an additional related cause of action against all Defendants, served via email on May 8, 2023;

WHEREAS, on May 9, 2023, the Parties stipulated to extend Defendants' time to respond to the FAC by an additional week—*i.e.*, to June 19, 2023—to allow adequate time for Defendants to review the new cause of action and allegations in the FAC;

WHEREAS, on or about May 30, 2023, the undersigned newly-retained counsel for Defendants appeared in this action;

WHEREAS, Plaintiff has agreed to extend Defendants' time to respond to the FAC by an additional ten (10) days—*i.e.*, to June 29, 2023—to allow adequate time for Defendants' newly-retained counsel to review the allegations in the FAC;

WHEREAS, this change will not alter the date of any event or any deadline already fixed by Court order and no party will be prejudiced by the stipulated-to extension of time;

**NOW, THEREFORE**, the Parties stipulate and request that Defendants have until June 29, 2023 to respond to the FAC.

STIPULATION TO EXTEND TIME TO RESPOND TO FAC; [PROPOSED] ORDER
CASE NO. 4:23-CV-00953-JST

1    **IT IS SO STIPULATED.**

2                                               Respectfully submitted,

3    Dated: June 2, 2023                        **KING & SPALDING, LLP**

4
                                                  _/s/ Lennette Lee_
5                                               Lennette Lee
                                                *Attorneys for Defendants*
6

7

8    Dated: June 2, 2023                        **LAW   OFFICE   OF   MATTHEW
                                                SHAYEFAR**
9                                               **BOSTON LAW GROUP**

10

11
                                                _/s/ Valentin Gurvits_
12                                              Valentin Gurvits (pro hac vice)
                                                Frank Scardino (pro hac vice)
13                                              Matthew Shayefar
                                                *Attorneys for Plaintiff*
14

15

16

17

18   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20   Dated:

21                                              _____
                                                HONORABLE JON S. TIGAR
22                                              United States District Judge

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO FAC; [PROPOSED] ORDER
CASE NO. 4:23-CV-00953-JST

**SIGNATURE ATTESTATION**

I, Lennette Lee, am the ECF user whose identification and password are being used to file the foregoing Stipulation to Extend Time to Respond to the Complaint. In compliance with Local Rule 5-1(h)(3), I hereby attest that all party signatories hereto concur in this filing's content and have authorized this filing.

Dated: June 1, 2023                          **KING & SPALDING, LLP**

                                       */s/ Lennette Lee*
                                        Lennette Lee

STIPULATION TO EXTEND TIME TO RESPOND TO FAC; [PROPOSED] ORDER
CASE NO. 4:23-CV-00953-JST