UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA ZURABOVA                    ,

             Plaintiff(s),

      v.

BLOCK, INC., et al.                    ,

             Defendant(s).

Case No.  4:23-cv-00953-JST

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Leigh Nathanson__, an active member in good standing of the bar of __New York__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Defendants__ in the above-entitled action. My local co-counsel in this case is __Lennette W. Lee__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __263023__.

King & Spalding LLP
1185 Avenue of the Americas, New York, NY 10036
MY ADDRESS OF RECORD

(212) 790-5359
MY TELEPHONE # OF RECORD

lnathanson@kslaw.com
MY EMAIL ADDRESS OF RECORD

King & Spalding LLP
633 W. Fifth Street, Suite 1600, Los Angeles, CA 90071
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213) 443-4355
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

llee@kslaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __4900106__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __N/A__ times in the 12 months preceding this application.

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 6/05/2023 _____                              Leigh Nathanson _____
                                                            APPLICANT

5

6   ══════════════════════════════════════════════════════

7

8                          ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11          IT IS HEREBY ORDERED THAT the application of  Leigh Nathanson _____  is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17                                    _____

18                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California