# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT



*I, Catherine O'Hagan Wolfe, Clerk of the United States Court of Appeals for the Second Circuit, certify that*

## LEIGH MAGER NATHANSON

*of New York City, New York, renewed admission as an Attorney and Counselor of the United States Court of Appeals for the Second Circuit on the 24th day of May, 2023.*

*Counsel is due to renew admission next on the 24th day of May, 2028.*

*In testimony whereof, I subscribe my name and affix the seal of the United States Court of Appeals for the Second Circuit on the 24th day of May, 2023.*



*Catherine O'Hagan Wolfe*

**Clerk of Court**