UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIA ZURABOVA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BLOCK, INC.;<br>SQUARE CAPITAL, LLC; and<br>SQUARE FINANCIAL SERVICES, INC.<br><br>　　　　　　Defendants. | Case No. 4:23-CV-00953-JST<br>*Assigned to the Honorable Jon S. Tigar in Courtroom 6*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS BLOCK, INC., SQUARE CAPITAL, LLC, AND SQUARE FINANCIAL SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:　　September 14, 2023<br>Time:　　2:00 p.m.<br>Ctrm.:　　6 |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Case No. 4:23-CV-0000953-JST

On June 29, 2023, Defendants Block, Inc., Square Capital, LLC, and Square Financial Services, Inc., filed their Motion to Dismiss the First Amended Complaint of Plaintiff Maria Zurabova under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendants seek dismissal of Plaintiff's claims on two grounds. First, Defendants contend that Plaintiff lacks standing because her injury is not judicially redressable. Second, Defendants argue that Plaintiff has not pleaded sufficient facts to state a claim for relief against Defendants.

The Court, having considered Defendants' Motion and finding good cause, hereby GRANTS the Motion and Orders as follows:

1. The Motion to Dismiss is **GRANTED**.

2. Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE** as to Defendants Block, Inc., Square Capital, LLC, and Square Financial Services, Inc.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE