# Exhibit E

# Executive Order on additional temporary economic measures to ensure Russia's financial stability

The President signed the Executive Order On Additional Temporary Economic Measures to Ensure the Financial Stability of the Russian Federation.

March 1, 2022    22:20

In connection with the hostile actions undertaken by the United States of America, joined by other foreign states and international organisations, which imposed restrictive measures on citizens of the Russian Federation and Russian legal entities in contravention of international law, to ensure the national interests of the Russian Federation and maintain its financial stability, in keeping with Federal Law No. 281-FZ On Special Economic Measures and Coercive Measures, dated December 30, 2006; Federal Law No. 390-FZ On Security, dated December 28, 2010; and Federal Law No. 127-FZ On Measures Impacting (Counteracting) the Hostile Actions of the United States of America and Other Foreign States, dated June 4, 2018 the President has resolved to take additional temporary economic measures to ensure the financial stability of the Russian Federation.

In particular, a special procedure for transactions is to come into force on March 2 for foreign nationals who are connected to the states that are undertaking hostile actions towards the Russian Federation and its citizens. The new measures concern transactions to issue ruble credits and loans to these foreign nationals, as well as transactions that result in the transfer of ownership of securities and real estate.

It is further noted that such transactions can be implemented on the basis of permits issued by the government commission on monitoring foreign investment in the Russian

Federation.

Furthermore, transactions to purchase securities can be conducted by these individuals during on-exchange trading on the basis of permits issued by the Central Bank by agreement with the Finance Ministry of the Russian Federation that stipulate certain conditions.

In addition, this Executive Order also concerns transactions by nationals of any other foreign state that concern shares or real estate purchased after February 22, 2022 from the nationals of states that are undertaking hostile actions against Russia.

The document also adjusts certain measures stipulated in the Presidential Executive Order No. 79 On Imposing Special Economic Measures in Connection with the Hostile Actions of the United States in League with Other Foreign States and International Organisations, dated February 28, 2022.

In addition, the document introduces a ban on the movement of foreign currency in cash exceeding the equivalent of $10,000 out of the Russian Federation.

**Publication status**

Published in sections: News, Documents
Publication date: March 1, 2022, 22:20
Direct link: en.kremlin.ru/d/67886