# Exhibit F

**VISA** (/content/VISA/usa/englishlanguagemaster/en_US/home.html)  ≡

# Visa Suspends All Russia Operations

3/05/2022

SAN FRANCISCO--(BUSINESS WIRE)--Mar. 5, 2022-- Visa Inc. (NYSE:V) today announced it is suspending its Russia operations.

Effective immediately, Visa will work with its clients and partners within Russia to cease all Visa transactions over the coming days. Once complete, all transactions initiated with Visa cards issued in Russia will no longer work outside the country and any Visa cards issued by financial institutions outside of Russia will no longer work within the Russian Federation.

"We are compelled to act following Russia's unprovoked invasion of Ukraine, and the unacceptable events that we have witnessed," said Al Kelly, chairman and chief executive officer of Visa Inc. "We regret the impact this will have on our valued colleagues, and on the clients, partners, merchants and cardholders we serve in Russia. This war and the ongoing threat to peace and stability demand we respond in line with our values."

About Visa Inc.

Visa (NYSE: V) is a world leader in digital payments, facilitating payments transactions between consumers, merchants, financial institutions and government entities across more than 200 countries and territories. Our mission is to connect the world through the most innovative, convenient, reliable and secure payments network, enabling individuals, businesses and economies to thrive. We believe that economies that include everyone everywhere, uplift everyone everywhere and see access as foundational to the future of money movement. Learn more at Visa.com (https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2FVisa.com&esheet=52590293&newsitemid=20220305005025&lan=en-US&anchor=Visa.com&index=1&md5=b2c538a23d70bcbe3dda6b08bb3ad8e9).


View source version on businesswire.com (http://businesswire.com):
https://www.businesswire.com/news/home/20220305005025/en/
(https://www.businesswire.com/news/home/20220305005025/en/)

Visa
Andy Gerlt
press@visa.com (mailto:press@visa.com)

Source: Visa Inc.

About Visa  ▾

Our Values  ▾

News + Media ▼

Support ▼

Legal + Privacy ▼

Select country/region
United States ⌄

 (https://www.facebook.com/VisaUnitedStates)

(https://www.linkedin.com/company/visa)

(https://instagram.com/visa_us/)

©Copyright 1996 - 2023. All Rights Reserved.