UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIA ZURABOVA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BLOCK, INC.;<br>SQUARE CAPITAL, LLC; and<br>SQUARE FINANCIAL SERVICES, INC.<br><br>　　　　　Defendants. | Case No. 4:23-CV-00953-JST<br>*Assigned to the Honorable Jon S. Tigar in Courtroom 6*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS BLOCK, INC., SQUARE CAPITAL, LLC, AND SQUARE FINANCIAL SERVICES, INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:　　September 14, 2023<br>Time:　　2:00 p.m.<br>Ctrm.:　　6 |

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE　　　　　　　　　　　　　　Case No. 4:23-CV-0000953-JST

On June 29, 2023, Defendants Block, Inc., Square Capital, LLC, and Square Financial Services, Inc., filed their Request for Judicial Notice in Support of their Motion to Dismiss Plaintiff's First Amended Complaint. The Court, having considered Defendant's Request and finding good cause, hereby Orders as follows:

1. The Request for Judicial Notice is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____          _____
                                THE HONORABLE JON S. TIGAR
                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
DEFENDANTS' REQUEST FOR
JUDICIAL NOTICE

2

Case No. 4:23-CV-00953-JST