Lennette W. Lee (SBN 263023)
*llee@kslaw.com*
KING & SPALDING LLP
633 W. 5th Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

Leigh Nathanson, (admitted *pro hac vice*)
*lnathanson@kslaw.com*
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

Attorneys for Defendants
BLOCK, INC., SQUARE CAPITAL, LLC, and
SQUARE FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MARIA ZURABOVA,<br><br>             Plaintiff,<br><br>vs.<br><br>BLOCK, INC.;<br>SQUARE CAPITAL, LLC; and<br>SQUARE FINANCIAL SERVICES, INC.<br><br>             Defendants. | Case No. 4:23-CV-00953-JST<br>*Assigned to the Honorable Jon S. Tigar in Courtroom 6*<br><br>**DEFENDANT BLOCK, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.  **Joint Stock Company Alfa-Bank** is a Russian joint stock corporation that was the card-issuing bank for the debit cards used in the transactions that are the subject of this litigation.

2.  **Alfa Group** is a privately owned Russian investment group that has an ownership stake in Alfa-Bank.

3.  **Royal Star Inc.** is a jeweler located at 36 West 47th Street #204, New York, NY 10036 that allegedly failed to deliver the jewels that Plaintiff allegedly purchased.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Block, Inc. discloses that it is a publicly traded corporation. Block, Inc. does not have a parent corporation and no publicly held corporation owns more than 10% of its stock.

Dated:  June 29, 2023

**KING & SPALDING, LLP**

By:   */s/ Lennette W. Lee*
Lennette W. Lee (SBN 263023)
*llee@kslaw.com*
KING & SPALDING LLP
633 W. 5th Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

Leigh Nathanson (admitted *pro hac vice*)
*lnathanson@kslaw.com*
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

DEFENDANT BLOCK, INC.'S
CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No. 4:23-CV-00953-JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorneys for Defendants
BLOCK, INC., SQUARE CAPITAL, LLC, and
SQUARE FINANCIAL SERVICES, INC.

DEFENDANT BLOCK, INC.'S
CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No. 4:23-CV-00953-JST