Lennette W. Lee (SBN 263023)
llee@kslaw.com
KING & SPALDING LLP
633 W. 5th Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

Leigh Nathanson (admitted *pro hac vice*)
lnathanson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

Attorneys for Defendants
BLOCK, INC., SQUARE CAPITAL, LLC, and
SQUARE FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MARIA ZURABOVA,<br><br>  Plaintiff,<br><br>vs.<br><br>BLOCK, INC.;<br>SQUARE CAPITAL, LLC; and<br>SQUARE FINANCIAL SERVICES, INC.<br><br>  Defendants. | Case No. 4:23-CV-00953-JST<br>*Assigned to the Honorable Jon S. Tigar in Courtroom 6*<br><br>**DEFENDANT SQUARE CAPITAL, LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. **Joint Stock Company Alfa-Bank** is a Russian joint stock corporation that was the card-issuing bank for the debit cards used in the transactions that are the subject of this litigation.

2. **Alfa Group** is a privately owned Russian investment group that has an ownership stake in Alfa-Bank.

3. **Royal Star Inc.** is a jeweler located at 36 West 47th Street #204, New York, NY 10036 that allegedly failed to deliver the jewels that Plaintiff allegedly purchased.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Square Capital, LLC discloses that its parent corporation is Block, Inc., a publicly traded corporation.

Dated: June 29, 2023

**KING & SPALDING, LLP**

By:   */s/ Lennette W. Lee*
Lennette W. Lee (SBN 263023)
llee@kslaw.com
KING & SPALDING LLP
633 W. 5th Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

Leigh Nathanson (admitted *pro hac vice*)
lnathanson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

Attorneys for Defendants
BLOCK, INC., SQUARE CAPITAL, LLC, and
SQUARE FINANCIAL SERVICES, INC.