Lennette W. Lee (SBN 263023)
llee@kslaw.com
KING & SPALDING LLP
633 W. 5th Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

Leigh Nathanson (admitted pro hac vice)
lnathanson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

Attorneys for Defendants
Block, Inc., Square Capital, LLC, and
Square Financial Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MARIA ZURABOVA,<br><br>    Plaintiff,<br><br>v.<br><br>BLOCK, INC., SQUARE CAPITAL, LLC, and SQUARE FINANCIAL SERVICES, INC.,<br><br>    Defendants. | Case No. 4:23-cv-00953-JST<br><br>*Assigned to the Honorable Jon S. Tigar in Courtroom 6*<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS BLOCK, INC., SQUARE CAPITAL, LLC, AND SQUARE FINANCIAL SERVICES, INC.** |

DocuSign Envelope ID: D5B1436D-0628-46D1-AA38-802AA2FB78A0
Case 4:23-cv-00953-JST   Document 33   Filed 07/13/23   Page 2 of 3

PLEASE TAKE NOTICE that Defendants BLOCK, INC., SQUARE CAPITAL, LLC, and SQUARE FINANCIAL SERVICES, INC., have retained King & Spalding LLP to substitute as counsel for Boersch & Illovsky LLP in the above captioned matter.

Withdrawing counsel for Defendants Block, Inc., Square Capital, LLC, and Square Financial Services, Inc., is:

> Kevin Calia, Bar No. 227406
> kevin@boersch-illovsky.com
> BOERSCH & ILLOVSKY LLP
> 1611 Telegraph Avenue, Ste. 806
> Oakland, CA 94612
> Tel: (916) 547-4175
> Fax: (415) 967-3062

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants BLOCK, INC., SQUARE CAPITAL, LLC, and SQUARE FINANCIAL SERVICES, INC.:

> Lennette W. Lee (SBN 263023)
> *llee@kslaw.com*
> KING & SPALDING LLP
> 633 W. 5th Street, Suite 1600
> Los Angeles, CA 90071
> Tel: (213) 443-4355
> Fax: (213) 443-4310
>
> Leigh Nathanson (admitted pro hac vice)
> *lnathanson@kslaw.com*
> KING & SPALDING LLP
> 1185 Avenue of the Americas, 34th Floor
> New York, NY 10036
> Tel: (212) 556-2100
> Fax: (212) 556-2222

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: July 12, 2023

BLOCK, INC., SQUARE CAPITAL, LLC, and SQUARE FINANCIAL SERVICES, INC.

*[DocuSigned by: B7B3CD54B5114CC...]*

Gemma Daggs, Litigation Counsel

1   NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
Case No.: 23-cv-00953-JST

Dated: July 13, 2023                                         BOERSCH & ILLOVSKY LLP

                                                             /s/Kevin Calia
                                                             Kevin Calia

Dated: July 13, 2023                                         KING & SPALDING LLP

                                                             /s/Lennette Lee
                                                             Lennette Lee

    I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: July 13, 2023                                         KING & SPALDING LLP

                                                             /s/Lennette Lee
                                                             Lennette Lee