1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MARIA ZURABOVA,<br><br>    Plaintiff,<br><br>v.<br><br>BLOCK, INC., SQUARE CAPITAL, LLC, and SQUARE FINANCIAL SERVICES, INC.,<br><br>    Defendants. | Case No. 4:23-cv-00953-JST<br><br>*Assigned to the Honorable Jon S. Tigar in Courtroom 6*<br><br>~~[PROPOSED]~~ **ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS BLOCK, INC., SQUARE CAPITAL, LLC, AND SQUARE FINANCIAL SERVICES, INC.** |

Having reviewed the Notice of Substitution of Counsel for Defendants Block Inc., Square Capital, LLC, and Square Financial Services, Inc., based on consent, and good cause appearing,

**IT IS HEREBY ORDERED THAT** Kevin Calia of Boersch & Illovsky LLP, be permitted to withdraw as counsel of record for Defendants Block Inc., Square Capital, LLC, and Square Financial Services, Inc. in this case, and that Lennette Lee and Leigh Nathanson of King & Spalding LLP, may appear as substitute counsel of record for Defendants Block Inc., Square Capital, LLC, and Square Financial Services, Inc.  It is further ordered that Notices of Electronic Filing for Defendants Block Inc., Square Capital, LLC, and Square Financial Services, Inc.'s former counsel of record be terminated, and that the Court's ECF system be updated to reflect this change in Defendants' counsel of record.

IT IS SO ORDERED.

Dated: July 13, 2023

HON. JON S. TIGAR
United States District Judge