Exhibit
2

7/11/23, 2:17 PM
Privacy Policy for Users Who Do Not Apply or Sign Up for a Square Account
Case 4:23-cv-00953-JST Document 36-2 Filed 07/13/23 Page 2 of 26



## Square

Products  Business Types  Why Square?  Pricing  Resources  Sign In  Sh

General

# Privacy Notice for Users Who Do Not Apply or Sign Up for a Square Account or Other Services

For users who apply or sign up for a Square Account, click here.

If you asked for digital receipts, agreed to get marketing from your Square Sellers, or use our Square profile portal, click here.

Last Updated: January 1, 2023

> ⊡ *We've included annotations in the gray boxes below to emphasize certain portions of our notice and help guide you as you read them. The annotations aren't summaries, so please take the time to read everything!*

> *If you are a consumer shopping at a business that uses Square, this privacy notice applies to you. It explains what data we collect about you, what we do with it, when and why we share it with others, how long we keep it, how we secure it, what cookies are and what they (and similar technologies) do, what data is collected about you by third party service providers, and what choices you have to control your data.*

> *If you request a digital receipt, agree to have your Square Sellers send you marketing communications, or use our* Square profile portal*, another* Privacy Notice *applies to your use of those features.*
>
> *By using our services you consent to these data practices.*

This Privacy Notice describes how Block, Inc. and our affiliates (collectively, "Square," "we," and "us") collect, use, disclose, transfer, store, retain or otherwise process your information when you (whether you are a person or business) access or use in any manner any Square services (including, but not limited to through a Square Invoice, at a point of sale, using Online Store or any of Square API products, or scheduling an appointment) through Square's website or applications (collectively, "Services"); or otherwise contact or interact with us, even if you have not applied or signed up for a Square account or other Service or downloaded one of our applications.

If, on the other hand, you request a digital receipt, agree to get marketing communications from your Square Sellers, or use our Square profile portal ("Buyer Features"), another Privacy Notice applies to your use of those Buyer Features.

This Privacy Notice applies to your use of our Services, and covers information collected in connection with your access to and use of our Services. Please read this Privacy Notice carefully. By continuing to interact with our Services, you are consenting to the practices described in this Privacy Notice.

Our Privacy Notice explains:

- Information We Collect about You
- Sources of Information

- How We Use Your Information
- When and with Whom We Share Your Information

  - Cookies and Other Similar Automated Technologies
  - Third-party Analytics

- How Long We Keep Your Information
- Your Choices
- Children's Personal Information
- How We Secure Information
- Storage and Processing
- Changes to this Privacy Notice
- How to Contact Us

## INFORMATION WE COLLECT ABOUT YOU

> *We use your data to make Square's products and services work better for you and for others. This describes what data we collect about you (which can vary depending on where you live).*

We collect information about you to, for example, provide you with the Services or the support you request. The type of information we collect can vary depending on the country from which you access our Services. Additionally, you can choose to voluntarily provide information to us.

### Information You Provide

> *We use data you put into our systems when you interact with someone who uses Square, like financial information,*

Case 4:23-cv-00953-JST   Document 36-2   Filed 07/13/23   Page 5 of 26

*information that identifies who you are, transaction information, and any other data you give us.*

We collect information you provide when you upload or send to or through our Services (including information you provide when you request delivery of an invoice from your Seller or schedule an appointment), communicate with us, answer our surveys, upload content, make a payment at a Square Seller, or otherwise use or access the Services.

We collect information you provide us, including:

- **Identification Information.** Your name; email address; mailing address; phone number; and signature(for example, when you sign a receipt at a Square Seller).
- **Financial Information.** Bank account and payment card numbers.
- **Transaction Information.** When you use our Services to make or record payments, or request delivery of an invoice from your Seller, we collect information about when and where the transactions occur, the names of the transacting parties, a description of the transactions, the payment or transfer amounts, billing and shipping information, and the devices and payment methods used to complete the transactions.
- **Other Information You Provide.** Information that you voluntarily provide to us, including your survey responses; participation in contests, promotions, or other forms or devices; suggestions for improvements; information disclosed to the chatbots that operate on our Services; referrals; or any other actions performed on the Services.

## Information We Collect from Your Use of our Services

> *We also get data about you and the devices you use when you interact with our systems, like the mobile device you use to pay a Square seller and its location. **We use this data to do things like** help combat fraud, check if payments are being made legally, and send you information you ask for or agree to get.*

We collect information about you and the devices you use to access the Services, such as your computer, mobile phone, or tablet. The information that we collect includes:

- **Location information.** The location of your device, such as if you pay with Apple or Android Pay. This may in some circumstances include precise geolocation information. You can disable collection of location information by changing the preferences on your mobile device or by choosing to pay with a payment instrument other than Apple or Android Pay.
- **Device information.** Information about your device, including your hardware model, operating system and version, device name, unique device identifier, mobile network information, and information about the device's interaction with our Services.
- **Internet or other electronic network activity information.** Information about how you use and interact with our Services, including your access time, "log-in" and "log-out" information, browser type and language, country and language setting on your device, Internet Protocol ("IP") address, the domain name of your internet service provider, other attributes about your browser, mobile device and operating system, features you use, and the date and time of your visit to or use of the Services.
- **Customer Information.** Information you provide to a Seller using our Services, for example if you are a

7/11/23, 2:17 PM
Case 4:23-cv-00953-JST Document 36-2 Filed 07/13/23 Page 7 of 26
Privacy Policy for Users Who Do Not Have or Sign Up for a Square Account

customer who provides a Seller with your email address, phone number, payment information, or other information.

## SOURCES OF INFORMATION

*We also need to check that you are using our services legally, that you are eligible for the services you want to use, and we protect your data and our services from fraudsters who may put you and your money at risk. To do this, we may collect data about you from companies that help us verify your identity, do a credit check, prevent fraud or assess risk.*

Besides collecting information directly from **you**, from **how you use our services**, and from our group companies and affiliates, we also collect (and/or have collected during at least the 12-month period preceding the effective date of this Privacy Notice) information about you from other sources, including:

- **Information Entered by Your Seller**. Any information your Square Seller enters into our systems about you.
- **Identity Verification.** Information from third parties and publicly available sources in order to verify your identity.
- **Credit, Compliance and Fraud.** Information about you from third parties in connection with any credit investigation, credit eligibility, identity or account verification process, fraud detection process, or collection procedure, or as may otherwise be required by applicable law. This includes, without limitation, the receipt and exchange of account or credit-related information with any credit reporting agency or credit

bureau, where lawful, and any person or corporation with whom you have had, currently have, or may have a financial relationship, including without limitation past, present, and future places of employment, financial institutions, and personal reporting agencies.

## HOW WE USE YOUR INFORMATION

> *We use your data to do things like process your payments, send you information about your transaction, figure out if our services work in your country, secure your data, fight fraud, follow the law, enforce our agreements, figure out what new products we can build, and help your seller market to you.*

We may collect, use and share (or have collected, used or shared during at least the 12-month period preceding the effective date of this Privacy Notice), information about you for the following reasons:

### Providing, Improving, and Developing our Services

- Determining whether the Services are available in your country;
- Processing or recording payment transactions or money transfers;
- Displaying your historical transaction or appointment information;
- Providing, maintaining, and improving our Services;
- Developing new products and Services;
- Delivering the information and support you request, including invoices, and scheduling information;

- Improving, personalizing, and facilitating your use of our Services;

- Measuring, tracking, and analyzing trends and usage in connection with your use or the performance of our Services; and

- Otherwise providing you with the products and features you choose to use.

## Communicating with You About our Services

- Sending you surveys and getting your feedback about our Services; and

- Sending you information we think you may find useful or which you have requested from us about our products and services.

## Protecting our Services and Maintaining a Trusted Environment

- Conducting investigations, complying with and enforcing any applicable laws, regulations, legal requirements, and industry standards, and responding to lawful requests for information from the government or to valid legal process;

- Contacting you to resolve disputes and help you with our Services;

- Debugging to identify and fix errors that impair how our Services function;

- Enforcing our Terms of Service or other applicable agreements or policies;

- Investigating, detecting, preventing, recovering from, or reporting fraud, misrepresentations, security breaches or incidents, or other potentially prohibited, malicious, or illegal activities;

- Protecting our, our Sellers', or your rights or property, or the security or integrity of our Services;
- Verifying or maintaining the quality and safety of our Services; and
- Verifying your identity.

## Advertising and Marketing

- Marketing of our Services; and
- Communicating with you about opportunities, products, services, contests, promotions, discounts, incentives, surveys, and rewards offered by us and select partners.

If we send you marketing emails, each email will contain instructions permitting you to "opt out" of receiving future marketing or other communications.

## Other Uses

- For any other reason we may tell you about from time to time.

# WHEN AND WITH WHOM WE SHARE YOUR INFORMATION

*We share your information with others in the circumstances described in this section. For example, with other people with whom you interact when you use our services; within our family of companies (like Cash App and Weebly), who may offer services that we think could be useful to you; with service providers who help us run our services; or if we need to share your information to comply with the law.*

We may share the information described in the "Information We Collect About You" section with the following categories of service providers and third parties:

## With Other Users of our Services with Whom You Interact

- With other users of our Services (like your Square Seller) with whom you interact through your own use of our Services. For example, we may share information when you make a payment or appointment with a Square Seller.

## With our Affiliates and Group Companies

- With our group companies and corporate affiliates, including Cash App and Afterpay for the reasons outlined above. For example, we may share your information internally to understand how you engage with Square company products to help make our Services better for you and for everyone, and to help us build Services tailored to your preferences.
- Your information internally to help protect our services and maintain a trusted environment.

## With Our Service Providers

- With service providers who help us to provide, maintain, and improve our Services, including service providers who access information about you to perform services on our behalf (e.g., vendors who help us with fraud prevention, identity verification, and fee collection services), as well as financial institutions, payment networks, payment card associations, credit

bureaus, and other entities that help us provide the Services;

## With Advertising Partners

- We share your information with advertising partners for interest-based advertising or "targeted advertising" campaigns, and with advertising partners that help analyze our site, run contests, special offers, or other events or activities, and track metrics on our behalf, on behalf of your Square Seller, or in connection with our Services. For more information on how we share your information for advertising and analytics purposes through the use of cookies please see here. For how to opt-out of targeted advertising and for other choices you may have relating to receiving advertising, please see here. Although we disclose your personal information to third parties as described in this section, we do not sell your personal information.

## Business Transfers and Corporate Changes

- To a subsequent owner, co-owner, or operator of one or more of the Services; or
- If we do or try to do a corporate merger, consolidation, or restructuring (including during due diligence and negotiation of these); the sale of substantially all of our stock and/or assets; the financing, acquisition, divestiture, or dissolution of all or a portion of our business; or other corporate change.

## Safety and Compliance with Law

- If we believe that disclosure is reasonably necessary (i) to comply with any applicable law, regulation, legal process or governmental request (e.g., from creditors, tax authorities, law enforcement agencies, in response to a garnishment, levy, or lien notice, etc.); (ii) to establish, exercise or defend our legal rights; (iii) to enforce or comply with our **General Terms** or other applicable agreements or policies; (iv) to protect our or our customers' rights or property, or the security or integrity of our Services; (v) for an investigation of suspected or actual illegal activity; or (vi) to protect us, users of our Services, or the public from harm, fraud, or potentially prohibited or illegal activities.

### With Others With Your Consent

- With your consent. For example:
  - At your direction or as described at the time you agree to share; or
  - When you authorize a third party application or website to access your information.

### Aggregated and Anonymized Information

- We also may share (within our group of companies or affiliates, or with service providers or other third parties) aggregated and anonymized information that does not specifically identify you or any individual user of our Services.

## COOKIES, OTHER SIMILAR AUTOMATED TECHNOLOGIES, AND ADVERTISING

7/11/23, 2:17 PM
Case 4:23-cv-00953-JST  Document 36-2  Filed 03/13/23  Page 14 of 26
Privacy Policy Our Users Who Do Not Have or Sign Up for a Square Account

> *Digital cookies and similar technologies help us make our services better to use by doing things like recognizing when you've signed in, analyzing how you use our services so we can make them more useful to you, giving you a more personalized experience, and making our ads to you work better.*

When you interact with our online services, or open emails we send you, we obtain certain information using automated technologies, such as cookies, web server logs, web beacons, and other technologies. A "cookie" is a text file that websites send to a visitor's computer or other internet-connected device to uniquely identify the visitor's browser or to store information or settings in the browser. A "web beacon," also known as an internet tag, pixel tag, or clear GIF, is a tiny graphic image that may be used in our websites or emails.

We use these automated technologies to collect your device information, internet activity information, and inferences as described above. These technologies help us to:

- Remember your information so you do not have to re-enter it;
- Track and understand how you use and interact with our online services and emails;
- Tailor our online services to your preferences;
- Measure how useful and effective our services and communications are to you; and
- Otherwise manage and enhance our products and services.

We set some of these automated technologies ourselves, but others are set by third parties who deliver services on our behalf. For example, we may use other companies'

web analytics services (described in the **"Third-Party Analytics Services"** section), which use automated technologies to help us evaluate how customers use our websites. Some of these technologies may also be set by third parties that help us advertise our products and services to you as informed by your interests, based on information collected from your activity on the web, including but not limited to, browsing or purchasing products on or through our websites or on third party websites or your activity on mobile sites and applications. This advertising approach is called interest-based advertising or "targeted advertising."

Your browser can alert you when cookies are placed on your device, and how you can stop or disable them via your browser settings. More information on how to manage these settings on common browsers and devices are below.

- Manage cookie settings in **Chrome** and **Chrome Android** and **Chrome iOS**
- Manage cookie settings in **Firefox**
- Manage cookie settings in **Internet Explorer**
- Manage cookie settings in **Microsoft Edge**
- Manage cookie settings in **Safari** and **Safari iOS**

Please note, however, that without cookies all of the features of our online services may not work properly. If you use a mobile device, you can manage how your device and browser share certain device data by changing the privacy and security settings on your mobile device. You can learn more about cookies and how to manage your preferences by visiting **http://www.allaboutcookies.org**.

You can also opt out of receiving interest-based ads from third party advertisers who are members of the Network

Advertising Initiative (NAI) or who follow the Digital Advertising Alliance's (DAA) Self-Regulatory Principles for Online Behavioral Advertising by visiting the opt out pages on the NAI website and DAA website.

Within mobile applications, you may also go to your device settings and select "Limit Ad Tracking" (for iOS devices), or "Opt out of Interest-Based Ads" (for Android devices), which will allow you to limit our use of information collected from or about your mobile device (such as precise location data) for the purposes of serving interest-based advertising to you.

Please also see the "Your Choices" section for other ways to opt-out of interest-based or targeted advertising.

## THIRD-PARTY ANALYTICS

*We use other companies to help us analyze our site, track metrics, and advertise to you. These companies generally promised us under contract to keep data private but have their own privacy policies that you should be aware of.*

Our analytics partners help us with our online services, such as Google Analytics, Facebook, BugSnag, and Crashlytics. The analytics providers that administer these services use technologies such as cookies, web beacons and web server logs to help us analyze how you use our online services. We may disclose your site-use information (including IP address) to these analytics providers, and other service providers who use the information to help us figure out how you and others use our online services.

- To learn more about Google Analytics and how to opt out, please visit
  **https://marketingplatform.google.com/about/** or
  **https://support.google.com/analytics/answer/181881?hl=en**.
- To learn more about how Facebook uses your data please visit
  **https://www.facebook.com/help/325807937506242/**
  or log on to your Facebook account and access your settings. To understand more about Facebook advertising please see here
  **https://www.facebook.com/about/ads**.
- To learn more about BugSnag, please visit
  **https://docs.bugsnag.com/legal/privacy-policy/**.
- To learn more about Crashlytics, please visit
  **https://fabric.io/terms**.

## HOW LONG WE KEEP YOUR INFORMATION

> *We keep your information as long as you keep using our products and services. After that, we keep it for as long as we need it to do things like fight fraud, collect fees you owe, resolve disputes with (or involving) you, follow the law, enforce our agreements and defend our rights in court.*

We keep your information as long as is necessary for the purposes identified in this Privacy Notice, including to provide you the Services, to comply with applicable law and legal obligations, to defend our legal rights, property, and users. We may keep copies of information about you and any transactions or Services in which you may have participated for a period of time that is consistent with certain criteria, such as applicable law, applicable statute of limitations, or as we believe is reasonably necessary to

7/11/23, 2:17 PM
Case 4:23-cv-00953-JST   Document 36-2   Filed 03/13/23   Page 18 of 26
Privacy Policy Customers Without an Account or Signed Up for a Square Account

comply with applicable law, regulation, legal process, or governmental request, to detect or prevent fraud, to collect fees owed, to resolve disputes, to address problems with our Services, to assist with investigations, to enforce our General Terms or other applicable agreements or policies, or to take any other actions consistent with applicable law.

## YOUR CHOICES

> *As described further below, you may be entitled to certain rights with respect to your personal information. You can also see, change or fix information you gave us, control your location information, or opt out of receiving promotional messages from us.*

### Your Personal Information Rights

We are generally service providers for (or provide services on behalf of) the sellers with whom you interact. For example, we may be a service provider of the coffee shop that took your payment using Square. Note that when we are acting in a service provider capacity, you should consult the seller's privacy notice for mechanisms they may offer you to exercise these rights.

Depending on the jurisdiction in which you reside, you may be entitled under applicable law to request:

- Access to your personal information, including: (1) the categories of personal information described above that we have collected about you and the categories of sources from which we collected such personal information; (2) the business or commercial purposes

7/11/23, 2:17 PM
Case 4:23-cv-00953-JST Document 36-2 Filed 03/13/23 Page 19 of 26
Privacy Policy for Customers Without a Square Account

for collecting or sharing such personal information; (3) the categories of personal information about you that we have disclosed to third parties for a business purpose; (4) the categories of third parties to whom we have disclosed such personal information; and (5) in portable format, the specific pieces of personal information we have collected about you;

- Deletion of the personal information we have collected from you;
- Correction of the personal information we have collected about you;
- To opt-out of the sharing of your personal information for purposes of targeted advertising.

As stated above, to the extent we are acting on behalf of a seller as a service provider, for example, when we process your payments on their behalf, you can exercise these rights directly with the seller(s). However, to the extent you use the Buyer Features, you may submit an access, deletion, or correction request through our Square profile portal or by calling us at 1.844.213.7377. Once we receive your request, we will verify it by requesting that you confirm certain personal information associated with your account. You may also be entitled to submit a request through an authorized agent. You may also email us privacy@squareup.com to appeal our denial of any of your access, deletion, or correction requests.

You can exercise your right to opt-out of targeted advertising by clicking the "Opt Out of Interest-Based Advertising" link in the footer of any page on our browser site.

Although some of the information we collect and process about you may be considered sensitive personal

information, we only process such information for purposes authorized by law. For example, we may use your precise geolocation information, as described further below, in order to provide you with certain services you request from us.

We will not discriminate against you if you exercise these privacy rights, or deny, charge different prices for, or provide a different quality of goods or services if you choose to exercise these rights.

## Location Information

In order to provide certain Services (like let you use Apple or Google Pay to pay a Square Seller), we may request access to location information, including precise geolocation information collected from your device. If you do not consent to the collection of this information, certain Services will not function properly and you will not be able to use those Services. You can stop our collection of location information at any time by changing the preferences on your mobile device. If you do so, mobile payments may no longer function.

## Do Not Track

Certain web browsers allow you to instruct your browser to respond to Do Not Track ("DNT") signals to websites you visit, informing those sites that you do not want your online activities to be tracked. At this time, our websites are not designed to respond to DNT signals or similar mechanisms from browsers.

## Promotional Communications

You may opt out of receiving promotional messages from Square or Square Sellers, if those messages are powered by Square, by following the instructions in those messages, by visiting our Square profile portal, and by informing the caller that you would not like to receive future promotional calls. You may only opt-out of text messages from Square by replying STOP. Opting out of receiving communications may impact your use of the Services. If you decide to opt out, we can still send you non-promotional communications, such as an invoice that you request.

## CHILDREN'S PERSONAL INFORMATION

*If you are a child under 13, please don't use our services. If we collect your data and later learn you are a child under 13, we will delete it.*

Our Services are general audience services not directed at children under the age of 13, and we do not knowingly collect, share, or sell any information from children under the age of 13. If we learn that any information we collect has been provided by a child under the age of 13, we will promptly delete that information.

## HOW WE SECURE INFORMATION

*We do a lot to keep your data safe. While we think we have strong defenses in place, no one can ever guarantee that hackers won't be able to break into our sites or steal your data while it is stored or flowing from you to us or vice versa.*

We take reasonable measures, including administrative, technical, and physical safeguards, to protect your information from loss, theft, and misuse, and unauthorized access, disclosure, alteration, and destruction. Nevertheless, the internet is not a 100% secure environment, and we cannot guarantee absolute security of the transmission or storage of your information. We hold information about you both at our own premises and with the assistance of third-party service providers.

For more information about our security practices, please visit https://squareup.com/security.

## STORAGE AND PROCESSING

> *We operate in many countries, and we (or our service providers) may move your data and process it outside the country where you live.*

We may, and we may use third-party service providers to, process and store your information in the United States, Canada, Japan, the European Union, and other countries.

## CHANGES TO THIS PRIVACY NOTICE

> *We can change this privacy notice. If you disagree with the changes, you can stop using our services.*

We may amend this Privacy Notice from time to time by posting a revised version and updating the "Effective Date" above. The revised version will be effective on the "Effective Date" listed. If you disagree with these

changes, you may stop using our Services at any time. Your continued use of our Services constitutes your consent to any amendment of this Privacy Notice.

## HOW TO CONTACT US

> *You can contact our privacy team with any questions or concerns at the address below.*

Please contact our privacy team with any questions or concerns regarding this Privacy Notice:

Block, Inc. 1955 Broadway, Suite 600, Oakland, CA 94612, U.S.A.

[privacy@squareup.com](mailto:privacy@squareup.com)

If you have any questions or concerns regarding our notice, or if you believe our notice or applicable laws relating to the protection of your personal information have not been respected, you may file a complaint with our privacy team listed above. We will respond to let you know when you can expect a further response. We may request additional details from you regarding your concerns and may need to engage or consult with other parties in order to investigate and address your issue. We may keep records of your request and any resolution.

---

### General

Privacy Notice

Terms of Service

Licenses

Government

Additional Point of Sale Terms

Intellectual Property Policy

ACH Service Terms

Hardware Policies and Limited Warranty

Additional Payroll Terms of Service

Additional Savings Deposit Account Terms

HIPAA Business Associate Agreement

Commercial Entity Agreement

Developer Terms of Service

Afterpay Merchant Terms of Service

Bill Pay Terms

E-sign Consent

Square Checking Terms of Service

Payment Terms

## Products

Commerce

Point of sale

Payments

Online

Invoices

Customers

Marketing

## Business Types

Food & Beverage

Quick Service

Full Service

Fast Casual

Bars & Breweries

Retail

Beauty Salon

Loyalty

Barbershop

Customer Directory

Hair Salon

Banking

Tattoo & Piercing

Staff

Fitness

Payroll

Professional Services

Team Management

Home & Repair

Buy Now, Pay Later

Large Businesses

Hardware

Resources

Contact

Pricing

Customer support: 1 (855) 700-6000

Why Square?

Testimonials

Sales: 1 (800) 470-1673

The Bottom Line

Sales

Square

Support

About

Seller Community

Press & Media

Developer Platform

Careers

Merchant Services

Affiliates

Rent Hardware

Partners

 United States (English)      

© 2023 Block, Inc.

**Do Not Share My Personal Information**

**Privacy Notice**

7/11/23, 2:17 PM
Case 4:23-cv-00953-JST   Document 86-2   Filed 07/13/23   Page 26 of 26
Privacy Policy that Users Who Do Not Apply or Sign Up for a Square Account

Terms of Service

Licenses

Government

Square Capital, LLC Licenses

Block, Inc.