# Exhibit 3

landings in the Russian Federation by aircraft registered in the United States or owned or controlled by, or chartered to, U.S. persons are authorized.

(b) Except as provided in paragraph (c) of this general license, all transactions prohibited by E.O. 14024 that are ordinarily incident and necessary to provide air ambulance and related medical services, including medical evacuation, to individuals in the Russian Federation are authorized.

(c) This general license does not authorize the opening or maintaining of a correspondent account or payable-through account for or on behalf of any entity subject to Directive 2 under E.O. 14024, Prohibitions Related to Correspondent or Payable-Through Accounts and Processing of Transactions Involving Certain Foreign Financial Institutions.

Andrea M. Gacki,
Director, Office of Foreign Assets Control.
   Dated: February 24, 2022.

**Andrea M. Gacki,**
*Director, Office of Foreign Assets Control.*
[FR Doc. 2022–19509 Filed 9–8–22; 8:45 am]
**BILLING CODE 4810–AL–P**

---

# DEPARTMENT OF THE TREASURY

## Office of Foreign Assets Control

### 31 CFR Part 587

### Publication of Russian Harmful Foreign Activities Sanctions Regulations Web General Licenses 21, 21A, 22, 23, 24, 25, 26, 27, 28, 29, and 30

**AGENCY:** Office of Foreign Assets Control, Treasury.
**ACTION:** Publication of Web General Licenses.

**SUMMARY:** The Department of the Treasury's Office of Foreign Assets Control (OFAC) is publishing eleven general licenses (GLs) issued in the Russian Harmful Foreign Activities Sanctions program: GLs 21, 21A, 22, 23, 24, 25, 26, 27, 28, 29, and 30, each of which was previously made available on OFAC's website.

**DATES:** GL 21 was issued on April 6, 2022 and expired on June 7, 2022. See **SUPPLEMENTARY INFORMATION** for additional relevant dates.

**FOR FURTHER INFORMATION CONTACT:**
OFAC: Assistant Director for Licensing, 202–622–2480; Assistant Director for Regulatory Affairs, 202–622–4855; or Assistant Director for Sanctions Compliance & Evaluation, 202–622–2490.

**SUPPLEMENTARY INFORMATION:**

### Electronic Availability

This document and additional information concerning OFAC are available on OFAC's website: *www.treas.gov/ofac*.

### Background

OFAC issued each of these eleven GLs to authorize certain activities prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587. On April 6, 2022, OFAC issued GL 21, with an expiration date of June 7, 2022. On April 7, 2022, OFAC issued GL 21A, with an expiration date of June 7, 2022, which superseded GL 21. On April 6, 2022, OFAC issued GL 22 with an expiration date of April 13, 2022, and GL 23 with an expiration date of May 6, 2022. On April 7, 2022, OFAC issued GL 24, with an expiration date of May 7, 2022, and GL 25. On April 12, 2022, OFAC issued GL 26 with an expiration date of July 12, 2022. On April 19, 2022, OFAC issued GL 27. On April 20, 2022, OFAC issued GL 28, with an expiration date of October 20, 2022, and GL 29, with an expiration date of May 20, 2022. On May 2, 2022, OFAC issued GL 30, with an expiration date of September 30, 2022.

At the time of issuance, OFAC made GLs, 21, 21A, 22, 23, 24, 25, 26, 27, 28, 29, and 30 available on its website (*www.treas.gov/ofac*). The text of these GLs is provided below.

### OFFICE OF FOREIGN ASSETS CONTROL

### Russian Harmful Foreign Activities Sanctions Regulations 31 CFR Part 587

### GENERAL LICENSE NO. 21

### Authorizing the Wind Down of Sberbank CIB USA, Inc.

(a) Except as provided in paragraph (b) of this general license, U.S. persons are authorized to engage in all transactions ordinarily incident and necessary to the wind down of Sberbank CIB USA, Inc., or any entity in which Sberbank CIB USA, Inc. owns, directly or indirectly, a 50 percent or greater interest, that are prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587 (RuHSR), including the processing and payment of salaries, severance, and expenses; payments to vendors and landlords; and closing of accounts, through 12:01 a.m. eastern daylight time, June 7, 2022.

(b) This general license does not authorize any transactions otherwise prohibited by the RuHSR, including transactions involving any person blocked pursuant to the RuHSR other than the blocked persons described in paragraph (a) of this general license, unless separately authorized.

Andrea M. Gacki,
*Director, Office of Foreign Assets Control.*
   Dated: April 6, 2022.

### OFFICE OF FOREIGN ASSETS CONTROL

### Russian Harmful Foreign Activities Sanctions Regulations 31 CFR Part 587

### GENERAL LICENSE NO. 21A

### Authorizing the Wind Down of Sberbank CIB USA, Inc. and Alrosa USA, Inc.

(a) Except as provided in paragraph (b) of this general license, U.S. persons are authorized to engage in all transactions ordinarily incident and necessary to the wind down of Sberbank CIB USA, Inc. or Alrosa USA, Inc. (collectively, the "blocked entities"), or any entity in which the blocked entities own, directly or indirectly, a 50 percent or greater interest, that are prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587 (RuHSR), including the processing and payment of salaries, severance, and expenses; payments to vendors and landlords; and closing of accounts, through 12:01 a.m. eastern daylight time, June 7, 2022.

(b) This general license does not authorize any transactions otherwise prohibited by the RuHSR, including transactions involving any person blocked pursuant to the RuHSR other than the blocked persons described in paragraph (a) of this general license, unless separately authorized.

(c) Effective April 7, 2022, General License 21, dated April 6, 2022, is replaced and superseded in its entirety by this General License No. 21A.

Bradley T. Smith,
*Deputy Director, Office of Foreign Assets Control.*
   Dated: April 7, 2022.

### OFFICE OF FOREIGN ASSETS CONTROL

### Russian Harmful Foreign Activities Sanctions Regulations 31 CFR Part 587

### GENERAL LICENSE NO. 22

### Authorizing the Wind Down of Transactions Involving Public Joint Stock Company Sberbank of Russia

(a) Except as provided in paragraph (b) of this general license, all transactions ordinarily incident and necessary to the wind down of transactions involving Public Joint Stock Company Sberbank of Russia ("Sberbank") or any entity in which Sberbank owns, directly or indirectly, a

50 percent or greater interest that are prohibited by Executive Order (E.O.) 14024 are authorized through 12:01 a.m. eastern daylight time, April 13, 2022.

(b) This general license does not authorize:

(1) Any transactions prohibited by Directive 2 under E.O. 14024, *Prohibitions Related to Correspondent or Payable-Through Accounts and Processing of Transactions Involving Certain Foreign Financial Institutions;* or

(2) Any transactions otherwise prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587 (RuHSR), including transactions involving any person blocked pursuant to the RuHSR other than the blocked persons described in paragraph (a) of this general license, unless separately authorized.

Andrea M. Gacki,
*Director, Office of Foreign Assets Control.*

Dated: April 6, 2022.

**OFFICE OF FOREIGN ASSETS CONTROL**

**Russian Harmful Foreign Activities Sanctions Regulations 31 CFR Part 587**

**GENERAL LICENSE NO. 23**

**Authorizing the Wind Down of Transactions Involving Joint Stock Company Alfa-Bank**

(a) Except as provided in paragraph (b) of this general license, all transactions ordinarily incident and necessary to the wind down of transactions involving Joint Stock Company Alfa-Bank ("Alfa-Bank") or any entity in which Alfa-Bank owns, directly or indirectly, a 50 percent or greater interest that are prohibited by Executive Order 14024 are authorized through 12:01 a.m. eastern daylight time, May 6, 2022.

(b) This general license does not authorize any transactions otherwise prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587 (RuHSR), including transactions involving any person blocked pursuant to the RuHSR other than the blocked persons described in paragraph (a) of this general license, unless separately authorized.

Andrea M. Gacki,
*Director, Office of Foreign Assets Control.*

Dated: April 6, 2022.

**OFFICE OF FOREIGN ASSETS CONTROL**

**Russian Harmful Foreign Activities Sanctions Regulations 31 CFR Part 587**

**GENERAL LICENSE NO. 24**

**Authorizing the Wind Down of Transactions Involving Public Joint Stock Company Alrosa**

(a) Except as provided in paragraph (b) of this general license, all transactions ordinarily incident and necessary to the wind down of transactions involving Public Joint Stock Company Alrosa ("Alrosa") or any entity in which Alrosa owns, directly or indirectly, a 50 percent or greater interest that are prohibited by Executive Order 14024 are authorized through 12:01 a.m. eastern daylight time, May 7, 2022.

(b) This general license does not authorize any transactions otherwise prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587 (RuHSR), including transactions involving any person blocked pursuant to the RuHSR other than the blocked persons described in paragraph (a) of this general license, unless separately authorized.

Bradley T. Smith,
*Deputy Director, Office of Foreign Assets Control.*

Dated: April 7, 2022.

**OFFICE OF FOREIGN ASSETS CONTROL**

**Russian Harmful Foreign Activities Sanctions Regulations 31 CFR Part 587**

**GENERAL LICENSE NO. 25**

**Authorizing Transactions Related to Telecommunications and Certain Internet-Based Communications**

(a) Except as provided in paragraph (c) of this general license, all transactions ordinarily incident and necessary to the receipt or transmission of telecommunications involving the Russian Federation that are prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587 (RuHSR), are authorized.

(b) Except as provided in paragraph (c) of this general license, the exportation or reexportation, sale, or supply, directly or indirectly, from the United States or by U.S. persons, wherever located, to the Russian Federation of services, software, hardware, or technology incident to the exchange of communications over the internet, such as instant messaging, videoconferencing, chat and email, social networking, sharing of photos, movies, and documents, web browsing, blogging, web hosting, and domain name registration services, that is prohibited by the RuHSR, is authorized.

(c) This general license does not authorize:

(1) The opening or maintaining of a correspondent account or payable-through account for or on behalf of any entity subject to Directive 2 under E.O. 14024, *Prohibitions Related to Correspondent or Payable-Through Accounts and Processing of Transactions Involving Certain Foreign Financial Institutions;*

(2) Any debit to an account on the books of a U.S. financial institution of the Central Bank of the Russian Federation, the National Wealth Fund of the Russian Federation, or the Ministry of Finance of the Russian Federation; or

(3) Any transaction prohibited by Executive Order (E.O.) 14066 or E.O. 14068.

*Note to General License No. 25.* Nothing in this general license relieves any person from compliance with any other Federal laws or requirements of other Federal agencies including export, reexport, and transfer (in-country) licensing requirements maintained by the Department of Commerce's Bureau of Industry and Security under the Export Administration Regulations, 15 CFR parts 730–774.

Bradley T. Smith,
*Deputy Director, Office of Foreign Assets Control.*

Dated: April 7, 2022.

**OFFICE OF FOREIGN ASSETS CONTROL**

**Russian Harmful Foreign Activities Sanctions Regulations 31 CFR Part 587**

**GENERAL LICENSE NO. 26**

**Authorizing the Wind Down of Transactions Involving Joint Stock Company SB Sberbank Kazakhstan or Sberbank Europe AG**

(a) Except as provided in paragraph (b) of this general license, all transactions ordinarily incident and necessary to the wind down of transactions involving Joint Stock Company SB Sberbank Kazakhstan or Sberbank Europe AG (collectively, "the blocked Sberbank subsidiaries"), or any entity in which the blocked Sberbank subsidiaries own, directly or indirectly, a 50 percent or greater interest, that are prohibited by Executive Order (E.O.) 14024 are authorized through 12:01 a.m. eastern daylight time, July 12, 2022.

(b) This general license does not authorize:

(1) Any transactions prohibited by Directive 2 under E.O. 14024, *Prohibitions Related to Correspondent*

*or Payable-Through Accounts and Processing of Transactions Involving Certain Foreign Financial Institutions;*

(2) Any transactions prohibited by Directive 4 under E.O. 14024, *Prohibitions Related to Transactions Involving the Central Bank of the Russian Federation, the National Wealth Fund of the Russian Federation, and the Ministry of Finance of the Russian Federation;* or

(3) Any transactions otherwise prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587 (RuHSR), including transactions involving any person blocked pursuant to the RuHSR other than the blocked persons described in paragraph (a) of this general license, unless separately authorized.

Andrea M. Gacki,
*Director, Office of Foreign Assets Control.*
    Dated: April 12, 2022.

**OFFICE OF FOREIGN ASSETS CONTROL**

**Russian Harmful Foreign Activities Sanctions Regulations 31 CFR Part 587**

**GENERAL LICENSE NO. 27**

**Certain Transactions in Support of Nongovernmental Organizations' Activities**

(a) Except as provided in paragraph (c) of this general license, all transactions ordinarily incident and necessary to the activities described in paragraph (b) by nongovernmental organizations that are prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587 (RuHSR), are authorized, provided that the only involvement of blocked persons is the processing of funds by financial institutions blocked pursuant to Executive Order (E.O.) 14024.

(b) The activities referenced in paragraph (a) of this general license are as follows:

(1) Activities to support humanitarian projects to meet basic human needs in Ukraine or the Russian Federation, including drought and flood relief; food, nutrition, and medicine distribution; the provision of health services; assistance for vulnerable or displaced populations, including individuals with disabilities and the elderly; and environmental programs;

(2) Activities to support democracy building in Ukraine or the Russian Federation, including activities to support rule of law, citizen participation, government accountability and transparency, human rights and fundamental freedoms, access to information, and civil society development projects;

(3) Activities to support education in Ukraine or the Russian Federation, including combating illiteracy, increasing access to education, international exchanges, and assisting education reform projects;

(4) Activities to support non-commercial development projects directly benefiting the people of Ukraine or the Russian Federation, including those related to health, food security, and water and sanitation; and

(5) Activities to support environmental and natural resource protection in Ukraine or the Russian Federation, including the preservation and protection of threatened or endangered species, responsible and transparent management of natural resources, and the remediation of pollution or other environmental damage.

(c) This general license does not authorize:

(1) Any transaction prohibited by Directive 2 under E.O. 14024, *Prohibitions Related to Correspondent or Payable-Through Accounts and Processing of Transactions Involving Certain Foreign Financial Institutions;*

(2) Any debit to an account on the books of a U.S. financial institution of the Central Bank of the Russian Federation, the National Wealth Fund of the Russian Federation, or the Ministry of Finance of the Russian Federation; or

(3) Any transaction prohibited by E.O. 14066 or E.O. 14068.

Andrea M. Gacki,
*Director, Office of Foreign Assets Control.*
    Dated: April 19, 2022.

**OFFICE OF FOREIGN ASSETS CONTROL**

**Russian Harmful Foreign Activities Sanctions Regulations 31 CFR Part 587**

**GENERAL LICENSE NO. 28**

**Authorizing Certain Transactions Involving Public Joint Stock Company Transkapitalbank and Afghanistan**

(a) Except as provided in paragraph (c) of this general license, all transactions involving Public Joint Stock Company Transkapitalbank (TKB), or any entity in which TKB owns, directly or indirectly, a 50 percent or greater interest, that are ultimately destined for or originating from Afghanistan and prohibited by Executive Order (E.O.) 14024 are authorized through 12:01 a.m. eastern daylight time, October 20, 2022.

(b) Except as provided in paragraph (c) of this general license, U.S. financial institutions are authorized to operate correspondent accounts on behalf of TKB, or any entity in which TKB owns, directly or indirectly, a 50 percent or greater interest, provided such accounts are used solely to effect transactions authorized in paragraph (a) of this general license.

(c) This general license does not authorize:

(1) Any transactions prohibited by Directive 2 under E.O. 14024, *Prohibitions Related to Correspondent or Payable-Through Accounts and Processing of Transactions Involving Certain Foreign Financial Institutions;*

(2) Any transactions prohibited by Directive 4 under E.O. 14024, *Prohibitions Related to Transactions Involving the Central Bank of the Russian Federation, the National Wealth Fund of the Russian Federation, and the Ministry of Finance of the Russian Federation;* or

(3) Any transactions otherwise prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587 (RuHSR), including involving any person blocked pursuant to the RuHSR other than the blocked persons described in paragraph (a) of this general license, unless separately authorized.

Andrea M. Gacki,
*Director, Office of Foreign Assets Control.*
    Dated: April 20, 2022.

**OFFICE OF FOREIGN ASSETS CONTROL**

**Russian Harmful Foreign Activities Sanctions Regulations 31 CFR Part 587**

**GENERAL LICENSE NO. 29**

**Authorizing the Wind Down of Transactions Involving Public Joint Stock Company Transkapitalbank**

(a) Except as provided in paragraph (b) of this general license, all transactions ordinarily incident and necessary to the wind down of transactions involving Public Joint Stock Company Transkapitalbank (TKB), or any entity in which TKB owns, directly, or indirectly, a 50 percent or greater interest, that are prohibited by Executive Order (E.O.) 14024, are authorized through 12:01 a.m. eastern daylight time, May 20, 2022.

(b) This general license does not authorize:

(1) Any transaction prohibited by Directive 2 under E.O. 14024, *Prohibitions Related to Correspondent or Payable-Through Accounts and Processing of Transactions Involving Certain Foreign Financial Institutions;*

(2) Any transactions prohibited by Directive 4 under E.O. 14024,

*Prohibitions Related to Transactions Involving the Central Bank of the Russian Federation, the National Wealth Fund of the Russian Federation, and the Ministry of Finance of the Russian Federation;* or

(3) Any transactions otherwise prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587 (RuHSR), including involving any person blocked pursuant to the RuHSR other than the blocked persons described in paragraph (a) of this general license, unless separately authorized.

Andrea M. Gacki,

*Director, Office of Foreign Assets Control.*

Dated: April 20, 2022.

**OFFICE OF FOREIGN ASSETS CONTROL**

**Russian Harmful Foreign Activities Sanctions Regulations 31 CFR Part 587**

**GENERAL LICENSE NO. 30**

**Authorizing Transactions Involving Gazprom Germania GmbH Prohibited by Directive 3 Under Executive Order 14024**

(a) Except as provided in paragraph (b) of this general license, all transactions involving Gazprom Germania GmbH, or any entity in which Gazprom Germania GmbH owns, directly or indirectly, a 50 percent or greater interest, that are prohibited by Directive 3 under Executive Order 14024, *Prohibitions Related to New Debt and Equity of Certain Russia-related Entities,* are authorized through 12:01 a.m. eastern daylight time, September 30, 2022.

(b) This general license does not authorize any transactions otherwise prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587 (RuHSR), including transactions involving any person blocked pursuant to the RuHSR, unless separately authorized.

Andrea M. Gacki,

*Director, Office of Foreign Assets Control.*

Dated: May 2, 2022.

**Andrea M. Gacki,**

*Director, Office of Foreign Assets Control.*

[FR Doc. 2022–19511 Filed 9–8–22; 8:45 am]

**BILLING CODE 4810–AL–P**

**DEPARTMENT OF THE TREASURY**

**Office of Foreign Assets Control**

**31 CFR Part 587**

**Publication of Russian Harmful Foreign Activities Sanctions Regulations Web General Licenses 14, 15, 16, 17, 17A, 18, 19, and 20**

**AGENCY:** Office of Foreign Assets Control, Treasury.

**ACTION:** Publication of Web General Licenses.

**SUMMARY:** The Department of the Treasury's Office of Foreign Assets Control (OFAC) is publishing eight general licenses (GLs) issued in the Russian Harmful Foreign Activities Sanctions program: GLs 14, 15, 16, 17, 17A, 18, 19, and 20, each of which was previously made available on OFAC's website.

**DATES:** GL 14 was issued on March 2, 2022. See **SUPPLEMENTARY INFORMATION** for additional relevant dates.

**FOR FURTHER INFORMATION CONTACT:** OFAC: Assistant Director for Licensing, 202–622–2480; Assistant Director for Regulatory Affairs, 202–622–4855; or Assistant Director for Sanctions Compliance & Evaluation, 202–622–2490.

**SUPPLEMENTARY INFORMATION:**

**Electronic Availability**

This document and additional information concerning OFAC are available on OFAC's website: *www.treas.gov/ofac.*

**Background**

OFAC issued each of these eight GLs to authorize certain activities prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587. On March 2, 2022, OFAC issued GL 14; on March 3, 2022, OFAC issued GL 15; on March 8, 2022, OFAC issued GL 16, with an expiration date of April 22, 2022; on March 11, 2022, OFAC issued GL 17, with an expiration date of March 25, 2022. On March 24, 2022, OFAC issued GL 17A, which superseded GL 17. GL 17A had different expiration dates for different provisions: paragraph (a) of GL 17A had an expiration date of March 25, 2022, and paragraph (b) had an expiration date of June 23, 2022. On March 11, 2022, OFAC issued GLs 18 and 19; and on March 24, 2022, OFAC issued GL 20.

At the time of issuance, OFAC made GLs 14, 15, 16, 17, 17A, 18, 19, and 20 available on its website (*www.treas.gov/ofac*). The text of these GLs is provided below.

**OFFICE OF FOREIGN ASSETS CONTROL**

**Russian Harmful Foreign Activities Sanctions Regulations**

*31 CFR Part 587*

**GENERAL LICENSE NO. 14**

**Authorizing Certain Clearing and Settlement Transactions Prohibited by Directive 4 Under Executive Order 14024**

(a) Except as provided in paragraph (b) of this general license, all transactions prohibited by Directive 4 under Executive Order (E.O.) 14024, *Prohibitions Related to Transactions Involving the Central Bank of the Russian Federation, the National Wealth Fund of the Russian Federation, and the Ministry of Finance of the Russian Federation,* involving the Central Bank of the Russian Federation, the National Wealth Fund of the Russian Federation, or the Ministry of Finance of the Russian Federation (collectively, "Directive 4 entities"), where the Directive 4 entity's sole function in the transaction is to act as an operator of a clearing and settlement system, are authorized, provided that: (i) there is no transfer of assets to or from any Directive 4 entity, unless separately authorized; and (ii) no Directive 4 entity is either a counterparty or a beneficiary to the transaction, unless separately authorized.

(b) This general license does not authorize any debit to an account on the books of a U.S. financial institution of any Directive 4 entity.

Andrea M. Gacki,

*Director, Office of Foreign Assets Control.*

Dated: March 2, 2022.

**OFFICE OF FOREIGN ASSETS CONTROL**

**Russian Harmful Foreign Activities Sanctions Regulations**

*31 CFR Part 587*

**GENERAL LICENSE NO. 15**

**Authorizing Transactions Involving Certain Blocked Entities Owned by Alisher Burhanovich Usmanov**

(a) Except as provided in paragraph (c) of this general license, all transactions prohibited by the Russian Harmful Foreign Activities Sanctions Regulations, 31 CFR part 587 (RuHSR), involving any entity owned 50 percent or more, directly or indirectly, by Alisher Burhanovich Usmanov that is not listed on OFAC's Specially Designated Nationals and Blocked Persons List ("blocked Usmanov entity") are authorized.