# Exhibit 5



Square   Products   Business Types   Why Square?   Pricing   Resources         Sign In   Shop

# Banking

Your payments, banking, and cash flow —
all working seamlessly together as one. It's
all right here on Square.

Checking →

Savings →

Loans →



Block, Inc. is a financial services company, not a bank. Banking services are provided by Square's banking affiliate, Square Financial Services, Inc. or Sutton Bank; Members FDIC.

## Sell, save, spend, and borrow
## as fast as you need to

When you take payments and bank through Square, everything is connected. Watch your sales flow directly into Square Banking, so accessing and moving your money is fast, easy — and can even be automated.

Banking                                          Customers    Commerce    Staff    Contact sales    Get started

 $0 opening deposit

 $0 minimum balance

 $0 monthly account fees

Case 4:23-cv-00953-JST   Document 36-5   Filed 07/13/23   Page 5 of 15

Banking　　　　　　　　　　　　　　　　　　　Customers　Commerce　Staff　Contact sales　Get started

Banking　　　　　　　　　　　　　　　　　　　　Customers　Commerce　Staff　Contact sales　Get started

Banking     Customers     Commerce     Staff     Contact sales     Get started

Banking  Customers   Commerce   Staff   Contact sales   Get started



**Banking**                                                                 Customers    Commerce    Staff    Contact sales    Get started

Total paid    $3,901.43

Become eligible for a Square Loan and automatically repay it through your Square sales

Banking                                              Customers    Commerce    Staff    Contact sales    Get started

| Checking | + |
|---|---|

| Savings | + |
|---|---|

| Loans | + |
|---|---|

🏛 **Good news:** Both Square Checking and Savings are FDIC-insured up to $250K

Small business owners look to Square to expand and improve on the long-standing and often-unfair conventions surrounding financial services—like unnecessary, outdated fees and applications. We can do it better.

Our sellers are trailblazers. And they deserve business banking that can keep up.

Square Banking.
Serving the self-made.

32%                    1 in 4



Banking                                    Customers    Commerce    Staff    Contact sales    Get started



## What Square sellers are saying

Banking                                                        Customers    Commerce    Staff    Contact sales    Get started

## Square Banking by the numbers

**Checking** ▾

$0
monthly fee

$0
overdraft fee

$0
opening deposit

$0
credit checks

$0
minimum balance

## Learn all about the ins and outs of business banking



Cash vs. credit: Which should you accept at your small business? →

Banking                                                    Customers   Commerce   Staff    Contact sales    Get started



> At the end of the day, I have to sell enough biscuits to buy more flour.
>
> Chef Boots
> Harlem Biscuit Company

## Frequently asked questions

Check out details on our product pages below.

Checking →

Savings →

Loans →

Didn't find what you were looking for? Visit our Support Center or learn more about

Banking                                    Customers   Commerce   Staff   Contact sales   Get started

Square, the Square logo, Square Financial Services, Square Capital, and others are trademarks of Block, Inc. and/or its subsidiaries. Square Financial Services, Inc. is a wholly owned subsidiary of Square, Inc.

All loans and Savings accounts are issued by Square Financial Services, Inc., a Utah-Chartered Industrial Bank. Member FDIC. Actual fee depends upon payment card processing history, loan amount and other eligibility factors. A minimum payment of 1/18th of the initial loan balance is required every 60 days and full loan repayment is required within 18 months. Loan eligibility is not guaranteed. All loans are subject to credit approval.

[1] Savings accounts are provided by Square Financial Services, Inc. Member FDIC. Annual percentage yield (APY) of 1.75% as of Oct. 10, 2022. APY subject to change. No minimum balance, no cost.

Square Checking is provided by Sutton Bank, Member FDIC. Square Debit Card is issued by Sutton Bank, Member FDIC, pursuant to a license from Mastercard International Incorporated, and may be used wherever Mastercard is accepted. Accounts are FDIC-insured up to $250,000. Funds generated through Square's payment processing services are generally available in the Square checking account balance immediately after a payment is processed. Fund availability times may vary due to technical issues.



Products
Business Types
Resources
Contact

Square

United States (English)

© 2023 Block, Inc.

Do Not Share My Personal Information

Privacy Notice

Terms of Service

Licenses

Government

Banking	Customers	Commerce	Staff	Contact sales	Get started