Matthew Shayefar (Cal. SBN. 289685)
matt@shayefar.com
Law Office of Matthew Shayefar, PC
750 N. San Vicente Blvd, 800 West
West Hollywood, California 90069
Tel: 323-948-8101

Valentin Gurvits (MA Bar No. 643572) *pro hac vice*
vgurvits@bostonlawgroup.com | Tel: 617-928-1804
Frank Scardino (MA Bar No. 703911) *pro hac vice*
frank@bostonlawgroup.com | Tel: 617-928-1805
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459

*Attorneys for Plaintiff Maria Zurabova*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MARIA ZURABOVA<br>　Plaintiff,<br><br>v.<br><br>BLOCK, INC.;<br>SQUARE CAPITAL, LLC; and<br>SQUARE FINANCIAL SERVICES, INC.<br>　Defendants. | **CASE NO. 4:23-CV-00953-JST**<br>*Assigned to the Honorable Jon S. Tigar in Courtroom 6*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MARIA ZURABOVA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:　September 14, 2023<br>Time:　2:00 p.m.<br>Ctrm.:　6 |

On July 13, 2023, Plaintiff Maria Zurabova filed her Request for Judicial Notice in Support of Opposition to Defendants' Motion to Dismiss. The Court, having considered Plaintiff's Request and finding good cause, hereby Orders as follows:

1. The Request for Judicial Notice is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____           _____
                                    THE HONORABLE JON S. TIGAR
                                    UNITED STATES DISTRICT JUDGE