Lennette Lee (SBN 263023)
llee@kslaw.com
KING & SPALDING LLP
633 W. 5th Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

Leigh Nathanson (admitted *pro hac vice*)
lnathanson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

Attorneys for Defendants
BLOCK, INC., SQUARE CAPITAL, LLC, and
SQUARE FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MARIA ZURABOVA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BLOCK, INC.;<br>SQUARE CAPITAL, LLC; and<br>SQUARE FINANCIAL SERVICES, INC.<br><br>　　　　Defendants. | Case No. 4:23-cv-00953-JST<br><br>*Assigned to the Honorable Jon S. Tigar in Courtroom 6*<br><br>**DECLARATION OF LENNETTE W. LEE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Action Filed:  March 3, 2023<br>Trial Date:    None set |

I, Lennette Lee, hereby declare as follows:

1.  I am an attorney with the law firm of King & Spalding LLP, a member in good standing of the State Bar of California, and admitted to practice before this Court. I am counsel of record in this action for Defendants Block, Inc., Square Capital, LLC, and Square Financial Services, Inc. ("Defendants"). I make this declaration in support of Defendants' Administrative Motion to Continue the Initial Case Management Conference and Related Dates. I submit this declaration based on my personal knowledge of the facts set forth herein and, if called to do so, I could and would competently testify about them.

2.  On June 29, 2023, Defendants filed a motion to dismiss Plaintiff's complaint in its entirety, setting a hearing date on the motion for the Court's first available date of September 14, 2023.

3.  Defendants anticipate filing their reply in support of the motion to dismiss on July 20, 2023.

4.  This Court's May 1, 2023 case management order (ECF No. 17) scheduled the case management conference for August 1, 2023, and set the deadline for the parties joint case management statement for July 25, 2023.

5.  On July 14, 2023, I emailed counsel for Plaintiff Maria Zurabova to request assent to a stipulation to continue the case management conference and related deadlines until after the hearing on the pending motion to dismiss, as resolution of that motion would impact the scope of matters to be covered in the joint report. That same day, Plaintiff's counsel rejected my request, stating that Plaintiff was unwilling to further delay proceedings. I then replied by email, requesting instead that the parties stipulate to hold the case management conference on the same date as the motion to dismiss hearing, September 14, 2023, in an effort to conserve judicial resources. Plaintiff replied on the same day, rejecting this request as well and reasoning that "there's a chance that the judge will not be around in September so the motion hearing might get kicked to October." Attached hereto as **Exhibit A** is a true and correct copy of the July 14 email exchanges between me and Plaintiff's counsel.

6.  In light of a pending motion to dismiss that may dispose of Plaintiff's claims in

their entirety, Defendants respectfully request that the Court continue the initial case management conference from August 1, 2023 until September 14, 2023, the scheduled date for the hearing on Defendants' motion, and adjusting any related deadlines, in order to promote efficiency in the administration of this matter.

7. Defendants propose the following schedule as set forth in the Proposed Order that is filed concurrently herewith:

  A. The last day to file the joint case management conference statement is extended from July 25, 2023 until **September 7, 2023**; and

  B. The case management conference presently set for August 1, 2023 at 2:00 p.m. is continued until **September 14, 2023 at 2:00 p.m.**

8. The continued dates proposed herein will not impact any other deadlines presently set by Court order.

9. The only previous time modifications in this case concerned the Parties' stipulated briefing schedule for any motion to dismiss (ECF Nos. 19, 24) which were entered pursuant to this Court's orders dated May 10, 2023, and June 5, 2023 (ECF Nos. 20, 25).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of July, 2023.

By: /s/ *Lennette Lee*
    Lennette Lee