# EXHIBIT A

**From:** Val Gurvits <vgurvits@bostonlawgroup.com>
**Sent:** Friday, July 14, 2023 2:25 PM
**To:** Lennette Lee <llee@kslaw.com>
**Cc:** Frank Scardino <frank@bostonlawgroup.com>; Leigh Nathanson <lnathanson@kslaw.com>; Matthew Shayefar <matt@shayefar.com>
**Subject:** Re: Zurabova v. Block

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

That won't work for us because there's a chance that the judge will not be around in September so the motion hearing might get kicked to October. We need this case to proceed expeditiously.

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1804 | Tel: (617) 928-1800 | Fax: (617) 928-1802
vgurvits@bostonlawgroup.com

---------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

> On Jul 14, 2023, at 10:49 PM, Lennette Lee <llee@kslaw.com> wrote:
>
> Hi Val,
>
> Thanks for your quick response. Will Plaintiff stipulate to continuing the initial CMC to the same date of the Motion to Dismiss hearing, September 14? That way, the parties and the Court are conserving resources and can address both matters at once, as is the common practice in the Northern District. We would like to avoid an unnecessary contested motion before Judge Tigar, if possible. Thanks in advance for your professional courtesy.
>
> Best,
> Lennette
>
> **Lennette Lee**
> *Partner*

T: +1 213 218 4011  |  E: llee@kslaw.com
<image001.png>

kslaw.com

---

**From:** Val Gurvits <vgurvits@bostonlawgroup.com>
**Sent:** Friday, July 14, 2023 11:33 AM
**To:** Lennette Lee <llee@kslaw.com>
**Cc:** Frank Scardino <frank@bostonlawgroup.com>; Leigh Nathanson <lnathanson@kslaw.com>; Matthew Shayefar <matt@shayefar.com>
**Subject:** Re: Zurabova v. Block

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

Hello Lennette,

Unfortunately, we cannot assent to your request. We believe that we will ultimately prevail on the motion to dismiss and the case will move forward, and given the extensive delays suffered by our client so far, she is not willing to further delay the proceedings.

Best regards,

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1804 | Tel: (617) 928-1800 | Fax: (617) 928-1802
vgurvits@bostonlawgroup.com

---------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

> On Jul 14, 2023, at 6:45 PM, Lennette Lee <llee@kslaw.com> wrote:
>
> Hi Val, Frank, Matt:
>
> Hope you're all well.  It looks like the initial case management conference is set for August 1, 2023 in this matter.  Defendants intend to move to continue that date to a date in October 2023 that is convenient for the Court, pursuant to Local Rule 16-2(d).  As you know, the hearing on Defendants' pending Motion to Dismiss is set for September 14, and we believe resolution of that motion will impact the scope of matters to be covered at the case management and joint report.

Can you please let us know whether Plaintiff is amenable to filing a joint motion to continue the case management conference, or if she opposes the contemplated request?  If the former, we can prepare a draft for your review.  Happy to discuss if helpful.

Thanks,
Lennette

———

**Lennette Lee**
*Partner*

T: +1 213 218 4011  |  E: llee@kslaw.com
<image001.png>

kslaw.com