# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MARIA ZURABOVA, | Case No. 4:23-cv-00953-JST |
| Plaintiff, | *Assigned to the Honorable Jon S. Tigar in Courtroom 6* |
| vs. | |
| BLOCK, INC.; SQUARE CAPITAL, LLC; and SQUARE FINANCIAL SERVICES, INC. | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (CIV. L.R. 6-3)** |
| Defendants. | |
| | Action Filed: March 3, 2023 |
| | Trial Date:    None set |

Before the Court is Defendants Block, Inc., Square Capital, LLC, and Square Financial Services, Inc.'s (together, the "Defendants'") Administrative Motion to Continue Initial Case Management Conference and related deadlines. The Court has considered the papers and, good cause appearing, GRANTS the motion.

IT IS HEREBY ORDERED that:

1. The case management conference currently set for August 1, 2023 at 2:00 p.m. is CONTINUED to **September 14, 2023 at 2:00 p.m.**; and
2. The last day to file the joint case management conference statement is extended from July 25, 2023 until September 7, 2023.

**IT IS SO ORDERED.**

Dated: _____

_____
JON S. TIGAR
United States District Judge