| | |
|---|---|
| 1 | Lennette W. Lee (SBN 263023) |
| 2 | *llee@kslaw.com* |
| | KING & SPALDING LLP |
| 3 | 633 W. 5th Street, Suite 1600 |
| | Los Angeles, CA 90071 |
| 4 | Tel: (213) 443-4355 |
| | Fax: (213) 443-4310 |
| 5 | |
| 6 | Leigh Nathanson (admitted *pro hac vice*) |
| | *lnathanson@kslaw.com* |
| 7 | KING & SPALDING LLP |
| | 1185 Avenue of the Americas, 34th Floor |
| 8 | New York, NY 10036 |
| | Tel: (212) 556-2100 |
| 9 | Fax: (212) 556-2222 |

Attorneys for Defendants
BLOCK, INC., SQUARE CAPITAL, LLC, and
SQUARE FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MARIA ZURABOVA, | Case No. 4:23-cv-00953-JST |
| Plaintiff, | **DEFENDANTS BLOCK INC., SQUARE CAPITAL, LLC, AND SQUARE FINANCIAL SERVICES, INC.'S REQUEST FOR JUDICIAL NOTICE** |
| vs. | |
| BLOCK, INC.; SQUARE CAPITAL, LLC; and SQUARE FINANCIAL SERVICES, INC. | Date: September 14, 2023<br>Time: 2:00 p.m.<br>Ctrm.: 6<br>Before the Hon. Jon S. Tigar |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that Defendants Block, Inc., Square Capital, LLC, and Square Financial Services, Inc., hereby respectfully request that the Court take judicial notice of certain documents in connection with Defendants' Motion to Dismiss Plaintiff Maria Zurabova's Complaint.

**Exhibit A** is a true and correct copy of guidance issued by the United States Department of Treasury Office of Foreign Assets Control ("OFAC") concerning the wind-down period for transactions involving the Russian financial institutions blocked in February pursuant to Executive Order (E.O. 14024)."[1] This guidance is found on the publicly-available OFAC website.

Official documents produced by administrative agencies of the United States government are the appropriate subject of judicial notice under Fed. R. Evid. 201. *See, e.g.*, *In re Calpine Corp. Sec. Lit.*, 288 F. Supp. 2d 1054, 1075 (N.D. Cal. 2003) (taking judicial notice of guidance issued by SEC and obtained from SEC website); *Bautista-Rosario v. Mnuchin*, 568 F.Supp.3d 1, 9 (D.D.C. 2021) (taking judicial notice of report published by U.S State Department on its website); *Marmol v. St. Jude Med. Ctr.*, 132 F.Supp.3d 1359, 1364 (M.D. Fla. 2015) (recognizing that courts "routinely take[] judicial notice of public records on the FDA's website, without converting a motion to dismiss into a motion for summary judgment, because such documents satisfy the requirement of Rule 201"); *Fortuna v. Town of Winslow*, 607 F. Supp. 3d 29, 35–36 (D. Me. 2022) (taking judicial notice of "dates and contents of official CDC guidance publications . . . that are not in dispute"). OFAC's official guidance concerning wind-down periods for banks sanctioned pursuant to E.O. 14024 is not subject to reasonable dispute, and the Court should take judicial notice of this official agency record.

---

[1] United States Department of the Treasury, *FAQ 975* (February 24, 2022), at https://ofac.treasury.gov/faqs/975#:~:text=975.%20Is%20there%20a%20wind-down%20period%20for%20transactions,What%20transactions%20are%20authorized%20during%20the%20wind-down%20period%3F.

For these reasons, the Court should take judicial notice of Exhibit A consider it in connection with Defendants' Motion to Dismiss.

Dated: July 20, 2023

**KING & SPALDING, LLP**

By: */s/ Lennette W. Lee*
  Lennette W. Lee (SBN 263023)
  *llee@kslaw.com*
  KING & SPALDING LLP
  633 W. 5th Street, Suite 1600
  Los Angeles, CA 90071
  Tel: (213) 443-4355
  Fax: (213) 443-4310

  Leigh Nathanson (admitted *pro hac vice*)
  *lnathanson@kslaw.com*
  KING & SPALDING LLP
  1185 Avenue of the Americas, 34th Floor
  New York, NY 10036
  Tel: (212) 556-2100
  Fax: (212) 556-2222

  Attorneys for Defendants
  BLOCK, INC., SQUARE CAPITAL, LLC,
  and SQUARE FINANCIAL SERVICES, INC.