UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ZURABOVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BLOCK, INC., et al.,<br><br>　　　　Defendants. | Case No.  23-cv-00953-JST<br><br>**CLERK'S JUDGEMENT**<br>Re: Dkt. No. 43 |

Pursuant to the Order Granting Motion to Dismiss signed November 27, 2023, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: Monday, November 27, 2023

　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR