# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | USDC Northern District of California |
| U.S. District Court case number: | 23-cv-00953-JST |
| Date case was first filed in U.S. District Court: | 03/03/2023 |
| Date of judgment or order you are appealing: | 11/27/2023 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Maria Zurabova

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

750 N San Vicente Blvd

Ste 800 W.

City: West Hollywood   State: CA   Zip Code: 90069

Prisoner Inmate or A Number (if applicable):

**Signature**: /s/ Matthew Shayefar   **Date**: Dec 27, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Maria Zurabova

Name(s) of counsel (if any):
Matthew Shayefar,
Valentin Gurvits,
Frank Scardino

Address: 750 N San Vicente Blvd, Ste 800 West, West Hollywood, CA 90069

Telephone number(s): 323-948-8101, 617-928-1804, 617-928-1805

Email(s): matt@shayefar.com, vgurvits@bostonlawgroup.com, frank@bostonlaw

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Block, Inc., Square Capital, LLC, and Square Financial Services, Inc.

Name(s) of counsel (if any):
Leigh Nathanson,
Lennette Wen Lee

Address: 633 West Fifth Street, Suite 1600, Los Angeles, CA 90071

Telephone number(s): 212-790-5359, 213-443-4355

Email(s): lnathanson@kslaw.com, llee@kslaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                         1                                         Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*