UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| MARIA ZURABOVA, | No. 23-4448 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 4:23-cv-00953-JST |
| v. | Northern District of California, Oakland |
| BLOCK, INC., et al.; | ORDER |
| Defendants - Appellees. | |

Appellant's motion (Docket Entry No. 6) for voluntary dismissal is granted. Appeal no. 23-4448 is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT